**3:21-cv-00329-MCR-EMT**

WILL MOORE
850 435-8440
U.S. DISTRICT COURT - FLN - PN
ONE NORTH PALAFOX STREET
PENSACOLA FL 32502
UNITED STATES

1 LBS          1 OF 1

SHP#: 3735 33TV 3SK
SHP WT: 1 LBS
SHP DWT: 1 LBS
DATE: 24 FEB 2021

SHIP TO:
MINISTRY OF FOREIGN AFFAIRS
966 9200 33334
KINGDOM OF SAUDI ARABIA
7737 AN NASIRIYAH

**12735 RIYADH**
**SAUDI ARABIA**




**UPS SAVER**     **1P**
TRACKING #: 1Z 373 533 04 9509 1229



BILLING: F/D
DESC: Legal Document     **KEY**

UIS 22.0.12.   WNTNV50 42.0A 01/2021*

Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by international conventions or other mandatory law, the UPS Terms limit UPS's liability for damage, loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.



