UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN WATSON, JR., et al.,**
    **Plaintiff,**

v.                                                 Case No. 3:21cv329-MCR-ZCB

**KINGDOM OF SAUDI ARABIA,**
    **Defendant.**
_____/

## **ORDER**

Pending are a Motion for Jurisdictional Discovery filed by Plaintiffs, ECF No. 43, and a Motion to Dismiss filed by Defendant Kingdom of Saudi Arabia, ECF No. 46. The Court finds it appropriate to refer the motions to the assigned magistrate judge.

Accordingly, the Motion for Jurisdictional Discovery filed by Plaintiffs, ECF No. 43, is hereby referred to the assigned magistrate judge for disposition by order, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure; and the Motion to Dismiss filed by Defendant Kingdom of Saudi Arabia, ECF No. 46, is hereby referred to the assigned magistrate judge for a report and recommendation pursuant to Rule 72(b) of the Federal Rules of Civil Procedure. *See also* N.D. Fla. Loc. R. 72.3; 28 U.S.C. § 636(b)(1)(B).

**DONE AND ORDERED** this 1st day of September 2022.

*M. Casey Rodgers*
------------------------------
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**