# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

BENJAMIN WATSON, JR.; SHEILA
WILEMON WATSON; SHANE
WALTERS; AMANDA WALTERS;
DUSTIN WALTERS; MASON
WALTERS; SAMEH HAITHAM;
EVELYN BRADY; SHADIN
HAITHAM; JOHN ROBERT BRADY;
IRVIN LAWRENCE JR.; GEORGE
JOHNSON; BREANNA THOMAS;
RYAN BLACKWELL; CARLY
BLACKWELL; KRISTY LEHMER;
JESSICA PICKETT; CURTIS PICKETT;
CHARLES HOGUE; MATTHEW
TINCH; JESSICA TINCH; JONATHAN
GLASS; JOY GLASS; MATTHEW
HOUSAM; MICHAEL HOYLAND;
THOMAS C. BORTNER; GRANT
LOPEZ; HEATHER LOPEZ;
MATTHEW KEEBLER; and
KRYSTENA KEEBLER,

Case No. 3:21-cv-329

*Plaintiffs*,

v.

KINGDOM OF SAUDI ARABIA,

*Defendant*.

## KINGDOM OF SAUDI ARABIA'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' RULE 72(b) OBJECTIONS

1.      Saudi Arabia respectfully requests a 30-day extension to file its response to Plaintiffs' Rule 72(b) objections, which is equivalent to the 30-day extension that Plaintiffs sought and received.  Plaintiffs consent to this request.

2.      On May 11, 2023, the Magistrate Judge issued a Report and Recommendation to grant Saudi Arabia's motion to dismiss with prejudice (ECF No. 46) and to deny Plaintiffs' motion for jurisdictional discovery (ECF No. 43).

3.      Plaintiffs Rule 72(b) objections were due 14 days later – on May 25, 2023.  *See* Fed. R. Civ. P. 72(b)(2).

4.      Plaintiffs sought and received a 30-day extension to their Rule 72(b) objections, making them due June 26, 2023.  *See* ECF Nos. 55, 56.  Saudi Arabia consented to that request.

5.      On June 26, 2023, Plaintiffs filed their Rule 72(b) objections, which spanned 34 pages.  *See* ECF No. 57.

6.      By default, Saudi Arabia's response to Plaintiffs' Rule 72(b) objections is due within 14 days – on July 10, 2023.  *See* Fed. R. Civ. P. 72(b)(2).

7.      Saudi Arabia respectfully requests that the due date for its response to Plaintiffs' Rule 72(b) objections be extended by 30 days – until August 9, 2023. Plaintiffs consent to this request.

8.      This is the first extension that Saudi Arabia has sought for its response. The additional time will assist in briefing these matters for the Court.

Dated:  June 30, 2023                    Respectfully submitted,

*/s/ Benjamin H. Brodsky*
Benjamin H. Brodsky
Florida Bar No. 73748
Brodsky Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: (305) 503-5054
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

Michael K. Kellogg (*pro hac vice*)
Gregory G. Rapawy (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
Kellogg, Hansen, Todd,
   Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mkellogg@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com

*Counsel for the Kingdom of Saudi Arabia*

## <u>LOCAL RULE 5.1(F) CERTIFICATION</u>

I, Benjamin H. Brodsky, hereby certify that on June 30, 2023, I caused a true and correct copy of the foregoing Kingdom of Saudi Arabia's Consent Motion To Extend the Time To Respond to Plaintiffs' Rule 72(b) Objections to be served via the CM/ECF system to all parties or counsel of record that have entered appearances in this action.

Respectfully submitted,

*/s/ Benjamin H. Brodsky*
Benjamin H. Brodsky
Florida Bar No. 73748
Brodsky Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: (305) 503-5054
bbrodsky@bfwlegal.com
docketing@bfwlegal.com