# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.,

v.

KINGDOM OF SAUDI ARABIA

CASE NO. 3:21-cv-329-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___July 3, 2023___

Motion/Pleadings: CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' RULE 72(b) OBJECTIONS

Filed by _Defendant_  on _June 30, 2023_  Doc. # _58_

_____ Stipulated     _____ Joint Pleading
_____ Unopposed   __X__ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

---

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** this 3rd day of July 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**