UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., *et al.*,

        *Plaintiffs*,

v.

KINGDOM OF SAUDI ARABIA,

        *Defendant*.

CASE NO. 3:21cv329-MCR-ZCB

**NOTICE BY THE UNITED STATES OF POTENTIAL PARTICIPATION**

On July 27, 2023, the Court issued an order directing the United States to "file a response to this Order within thirty (30) days," *i.e.* by August 28, 2023. Order at 8 (July 27, 2023), ECF No. 60. Reciting the issues in the case, the Court determined that "[s]ince foreign and military affairs are generally within the powers of the Executive Branch and the Executive Branch has already been heavily involved in this specific case, the Court finds it appropriate and necessary to seek a statement of interest from the United States under 28 U.S.C. § 517, regarding its position on whether the issues in this case raise or implicate serious and sensitive matters of foreign policy and military affairs such that the political question doctrine should bar Plaintiffs' suit." *Id.*

1

The United States appreciates the Court's invitation and is actively considering whether to file a Statement of Interest in this action pursuant to 28 U.S.C. § 517. That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." 28 U.S.C. § 517.

The process for deciding whether to file a Statement of Interest involves coordination among multiple entities within the Executive Branch and the approval of the U.S. Department of Justice through the Principal Deputy Assistant Attorney General for the Civil Division. At this time, given the recency of the Court's order and the complex issues it raises, the United States does not have a firm estimate of when it will be able to complete its deliberations regarding whether to participate in this matter. Nonetheless, the United States respectfully submits that it will require no fewer than 60 days in which to comply with the Court's Order. As these deliberations continue, the United States anticipates promptly updating the Court should it require any additional time to complete its deliberations.

In sum, the United States respectfully requests that it be permitted 60 days to respond to the Court's Order of July 27, 2023, *i.e.* until September 25, 2023. The United States appreciates the Court's action to call the Government's attention to this matter.

Dated: August 8, 2023                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Branch Director

<u>/s/ James R. Powers</u>
JAMES R. POWERS
Texas Bar No. 24092989
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: 202-353-0543
Email: James.R.Powers@usdoj.gov

*Counsel for the United States*