AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| BENJAMIN WATSON, JR., et al., )<br>*Plaintiff* )<br>v. )<br>KINGDOM OF SAUDI ARABIA )<br>*Defendant* ) | Case No. 3:21cv329-MCR-ZCB |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 08/08/2023

/s/ James R. Powers
*Attorney's signature*

James R. Powers (TX Bar No. 24092989)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Address*

James.R.Powers@usdoj.gov
*E-mail address*

(202) 353-0543
*Telephone number*

*FAX number*