UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.

V                                                                                              Case No. 3:21cv329/MCR/ZCB

KINGDOM OF SAUDI ARABIA.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:   August 8, 2023
Motion/Pleading:   Notice by the United States of Potential Participation (request for additional time to respond)
Filed by:   United States                                   on   8/08/2023         Doc. #   62
RESPONSES:
                                                                       on                          Doc. #
                                                                       on                          Doc. #

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**, as requested.  The United States' response is due by September 25, 2023.

**DONE AND ORDERED**, this 9th of August, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**