UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., *et al.*,

        *Plaintiffs*,

v.

KINGDOM OF SAUDI ARABIA,

        *Defendant.*

CASE NO. 3:21cv329-MCR-ZCB

## NOTICE BY THE UNITED STATES OF NON-PARTICIPATION

On July 27, 2023, the Court issued an order directing the United States to "file a response to this Order within thirty (30) days," *i.e.* by August 28, 2023. Order at 8 (July 27, 2023), ECF No. 60. The Court's Order invited the United States to file "a statement of interest . . . under 28 U.S.C. § 517, regarding its position on whether the issues in this case raise or implicate serious and sensitive matters of foreign policy and military affairs such that the political question doctrine should bar Plaintiffs' suit." *Id.* The United States thereafter filed a notice of potential participation, stating that the Government was carefully considering the Court's invitation and seeking additional time to complete this decisionmaking process. ECF No. 61. The Court then extended the United States' deadline to file a statement of interest, if any, until September 25. ECF No. 64.

1

After careful consideration, the United States respectfully declines the Court's invitation to file a statement of interest in connection with the Court's resolution of Defendant's Motion to Dismiss and Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. ECF Nos. 46, 57. The United States defers to the Court's resolution of the pending motion and objections pursuant to the parties' adversarial presentation of the issues. The United States will continue to monitor this litigation and will promptly advise the Court should it wish to provide its views on any issue in the litigation.

We thank the Court for bringing this litigation to the Government's attention, for its request for the United States' views, and for its order granting the United States' request for additional time to consider the Court's request.

Dated:  September 25, 2023    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Branch Director

*/s/ James R. Powers*
JAMES R. POWERS
Texas Bar No. 24092989
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20005
Tel: 202-353-0543
Email: James.R.Powers@usdoj.gov

*Counsel for the United States*