UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR, et al.,

   Plaintiffs,

v.                               Case No. 3:21cv329/MCR/ZCB

KINGDOM OF SAUDI ARABIA,

   Defendant.
_____/

**<u>ORDER</u>**

The Court provided the United States an opportunity to file a statement of interest in this case on the question of whether the political question doctrine precludes this Court from considering the "sensitive matters of foreign policy and military affairs" that are implicated in this case. ECF No. 60 at 8. The United States has now responded stating that "[a]fter careful consideration, the United States respectfully declines the Court's invitation to file a statement of interest in connection with the Court's resolution of Defendant's Motion to Dismiss and Plaintiff's Objections to the Magistrate Judge's Report and Recommendation." *See* ECF No. 67. While the Court appreciates the United States' response, the Court notes that it did not request a statement of interest in connection with the pending Motion to Dismiss and Report and Recommendation. More specifically, the Court

did not invite the United States to address the personal jurisdiction question raised in the Motion to Dismiss at all.  Instead, the Court invited the United States to provide a statement of interest on the much broader issue of the political question doctrine and whether it should apply in this case.  The Court assumes the United States has elected not to provide a statement of interest on that issue.

Accordingly, as indicated in the Court's prior Order, the parties will be permitted to address the political question doctrine issue raised by the Court.  The decision of the United States to decline the Court's invitation to provide a statement of interest does not dispose of the issue or the Court's concerns.  *See generally, Gross v. German Found. Indus. Initiative*, 456 F.3d 363, 389–90 (3d Cir. 2006) (indicating courts can defer to a persuasive statement of interest by the Government but that there is "no possibility of expressing a lack of respect due the Executive branch when the Executive has not expressed its interest in the dispute").  The parties' simultaneous briefs are due on or before **October 10, 2023**.

**DONE AND ORDERED** this 26th day of September 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**