**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BENJAMIN WATSON, JR. *et al.*,

                            Plaintiffs,

   v.                                                No. 3:21-cv-329-MCR-ZCB

KINGDOM OF SAUDI ARABIA,

                            Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of James R. Powers and enter the appearance of Simon

Gregory Jerome as counsel for the United States of America in this matter.

Dated:  February 28, 2024                   Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General
                                            Civil Division

                                            ALEXANDER K. HAAS
                                            Director
                                            Federal Programs Branch

                                            DIANE KELLEHER
                                            Assistant Branch Director
                                            Federal Programs Branch

                                            */s/ Simon Gregory Jerome*
                                            SIMON GREGORY JEROME
                                            (D.C. Bar # 1779245)
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street N.W., Rm. 12306
                                            Washington, DC 20005
                                            (202) 445-4127
                                            Simon.G.Jerome@usdoj.gov

                                            *Counsel for the United States of America*