# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**BENJAMIN WATSON, JR, et al.,**

    Plaintiffs,

v.                                                    Case No. 3:21-cv-329-MCR-ZCB

**KINGDOM OF SAUDI ARABIA,**

    Defendant.

_____/

## JUDGMENT

Defendant's Motion to Dismiss based on sovereign immunity is GRANTED and the case is DISMISSED.

                                                     JESSICA J. LYUBLANOVITS
                                                     CLERK OF COURT

March 31, 2024                                     *s/ Elizabeth Lawrence*
Date                                                       Deputy Clerk: Elizabeth Lawrence