## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| BENJAMIN WATSON, JR., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KINGDOM OF SAUDI ARABIA<br><br>　　　　Defendant. | Civil Action No.<br>3:21-cv-00329-MCR-ZCB |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Plaintiffs now serve notice of their intent to appeal the judgment entered on March 31, 2024 (Doc. 73) to the United States Court of Appeals for the Eleventh Circuit.

This notice is being served on behalf of all Plaintiffs – including Benjamin Watson Jr., Individually and as Executor of the Estate of Joshua Kaleb Watson; Sheila Wilemon Watson; Shane Walters and Amanda Walters, Individually and as Co-Executors of the Estate of Cameron Scott Walters; Shane Walters as Representative and Guardian of S.L.W., a minor child; Amanda Walters as Representative and Guardian of L.N.W., a minor child; Dustin Walters; Mason Walters; Sameh Haitham and Evelyn Brady, Individually and as Co-Executors the

1

Estate of Mohammed Sameh Haitham; Sameh Haitham as Representative and Guardian of S.S.H., a minor child and S.S.H. II, a minor child; Shadin Haitham; John Robert Brady; Irvin Lawrence Jr.; George Johnson; Breanna Thomas; Ryan Blackwell; Carly Blackwell; Kristy Lehmer; Jessica Pickett; Curtis Pickett; Charles Hogue; Matthew Tinch; Jessica Tinch; Jonathan Glass; Joy Glass; Matthew Housam; Michael Hoyland; Thomas C. Bortner; Grant Lopez; Heather Lopez; Matthew Keebler; and Krystena Keebler.

Dated: April 26, 2024.                                    Respectfully submitted,

*/s/ Matthew S. Mokwa*
Matthew S. Mokwa, Esq. (FL#47761)
**THE MAHER LAW FIRM, P.A.**
398 W. Morse Blvd., Suite 200
Winter Park, Florida 32789
Phone: (407) 839-0866
Fax: (407) 425-7958
mmokwa@maherlawfirm.com

Filed on Behalf of All Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024 and in compliance with L.R. 5.1(F), I, Matthew S. Mokwa, electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system which sends notice to all parties or counsel of record that have entered appearances in this action.

*/s/ Matthew S. Mokwa*
Matthew S. Mokwa, Esq.
