# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 02, 2024

William Franklin Cash III
Levin Papantonio Rafferty
316 S BAYLEN ST STE 600
PENSACOLA, FL 32502

Louie Jefferson Cook
Sico Hoelscher Harris LLP
802 N CARANCAHUA STE 900
CORPUS CHRISTI, TX 78401

Kris Elliott
Elliott Law Firm, PA
215 FAIRPOINT DR STE A
GULF BREEZE, FL 32561

David E. Harris
Sico Hoelscher Harris LLP
802 N CARANCAHUA STE 900
CORPUS CHRISTI, TX 78401

James Paul Kreindler
Kreindler & Kreindler LLP -New York NY
485 LEXINGTON AVE FL 28
NEW YORK, NY 10017

Michael Charles Maher
The Maher Law Firm
271 W CANTON AVE STE 1
WINTER PARK, FL 32789

Andrew J. Maloney III
Kreindler & Kreindler LLP -New York NY
485 LEXINGTON AVE FL 28
NEW YORK, NY 10017

Matthew Scott Mokwa

The Maher Law Firm, PA
631 W MORSE BLVD STE 200
WINTER PARK, FL 32789

Christopher G. Paulos
Levin Papantonio Rafferty
316 S BAYLEN ST STE 600
PENSACOLA, FL 32502

Daniel O. Rose
Kreindler & Kreindler, LLP
750 3RD AVE 32F
NEW YORK, NY 10017

Appeal Number:  24-11310-G
Case Style:  Benjamin Watson, Jr., et al v. Kingdom of Saudi Arabia
District Court Docket No:  3:21-cv-00329-MCR-ZCB

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements

Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after 04/29/2024, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3.  File a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>. <u>See</u> 11th Cir. R. 26-1(a)(1).

4.  Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

5.  File a <u>Civil Appeal Statement</u> (attorneys only). <u>See</u> 11th Cir. R. 33-1(a)(3).

<u>Mediation</u>
If a Civil Appeal Statement is required to be filed <u>and</u> the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. <u>See</u> 11th Cir. R. 33-1.

<u>Appellee Requirements</u>
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1.  File a <u>CIP</u> or a notice. <u>See</u> 11th Cir. R. 26.1-1(a)(3).

2.  Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

<u>Attorney Participation</u>
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an <u>Appearance of Counsel Form</u> within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at <u>www.pacer.gov</u>. Information and training materials related to electronic filing are available on the Court's website.

<u>Obligation to Notify Court of Change of Addresses</u>
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. <u>See</u> 11th Cir. R. 25-7.

<u>Additional Information</u>
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at <u>www.ca11.uscourts.gov</u>.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing