# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 10, 2025

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 24-11310-GG
Case Style: Benjamin Watson, Jr., et al v. Kingdom of Saudi Arabia
District Court Docket No: 3:21-cv-00329-MCR-ZCB

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel. A copy of the court's decision was previously forwarded to counsel on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11310

_____

BENJAMIN WATSON, JR.,
  Individually and as executor of the estate of Joshua Kaleb Watson,

SHEILA WILEMON WATSON,

SHANE WALTERS,
  Individually and as co-executor of the estate of Cameron Scott Walters and as representative of SLW a minor child,

AMANDA WALTERS,
  Individually and as co-executor of the estate of Cameron Scott Walters and as representative of LNW a minor child,

S L W,
  A Minor Child, et al.,

                                              *Plaintiffs-Appellants*,

versus

KINGDOM OF SAUDI ARABIA,

                                              *Defendant-Appellee.*

Case 3:21-cv-00329-MCR-ZCB   Document 81   Filed 12/10/25   Page 3 of 3
USCA11 Case: 24-11310   Document: 52-2   Date Filed: 12/10/2025   Page: 2 of 2

2                                                                    24-11310

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:21-cv-00329-MCR-ZCB

_____

# JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 10, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: DECEMBER 10, 2025