UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR, et al.,

    Plaintiffs,

v.                                             CASE NO. 3:21cv329-MCR-ZCB

KINGDOM OF SAUDI ARABIA,

    Defendant.
_____/

## ORDER

    This case is before the Court on remand from the Eleventh Circuit. Previously, the case was dismissed for lack of subject matter jurisdiction on the Court's conclusion that all claims were barred under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605. On appeal, the Eleventh Circuit affirmed in part, reversed in part, and remanded for further proceedings to allow this Court to answer, in the first instance: "whether the first bundle of claims arising out of the Kingdom's conduct in hiring, vetting, and sending its airman to the United States survives the factual challenges." *Watson v. Kingdom of Saudi Arabia*, No. 24-11310, --F.4th--, 2025 WL 3137641, at *29 (11th Cir. Nov. 10, 2025); ECF No. 80 at 71. The Eleventh Circuit's mandate has issued, and the case is therefore ready to proceed.

    The Parties are directed to brief anew the issues that remain for this Court's consideration, as defined by the Eleventh Circuit. The Kingdom of Saudi Arabia's

brief is due within 21 days, and the Plaintiffs' response brief is due within 21 days thereafter. Briefs are limited to 8,000 words, as prescribed by local rule, and there will be no reply absent leave of Court on a showing of extraordinary circumstances. *See* N.D. Fla. Loc. R. 7.1(F), (I).

**DONE AND ORDERED** this 11th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO: 3:21cv329-MCR-ZCB