UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WATSON, *et al.*,       )<br>                          )<br>         Plaintiffs,     )<br>                          )<br>                          )<br>                          )<br>    v.                    )<br>                          )<br>KINGDOM OF SAUDI ARABIA   )<br>                          )<br>         Defendant.       )<br>_____) | Civil Action No.<br>3:21-cv-00329-MCR-ZCB |

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to the Northern District of Florida Local Rule 11.1, I, Stephen I. Vladeck, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Washington, D.C., and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the District of Columbia. A copy of the Certificate of Good Standing from the District of Columbia dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND17655014663729**, and reviewed the CM/ECF Attorney User's Guide.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and verified it is not a firm account but an individual account.

WHEREFORE, Stephen I. Vladeck respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: December 12, 2025                              Respectfully submitted,

*/s/ Stephen I. Vladeck*
Stephen I. Vladeck
600 New Jersey Ave., N.W.
Washington, DC  20001
(202) 662-9313
svladeck@gmail.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on December 12, 2025, and served electronically on all counsel of record.

*/s/ Stephen I. Vladeck*
Stephen I. Vladeck
600 New Jersey Ave., N.W.
Washington, DC  20001
(202) 662-9313
svladeck@gmail.com