UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN WATSON, JR.; SHEILA WILEMON WATSON; SHANE WALTERS; AMANDA WALTERS; DUSTIN WALTERS; MASON WALTERS; SAMEH HAITHAM; EVELYN BRADY; SHADIN HAITHAM; JOHN ROBERT BRADY; IRVIN LAWRENCE JR.; GEORGE JOHNSON; BREANNA THOMAS; RYAN BLACKWELL; CARLY BLACKWELL; KRISTY LEHMER; JESSICA PICKETT; CURTIS PICKETT; CHARLES HOGUE; MATTHEW TINCH; JESSICA TINCH; JONATHAN GLASS; JOY GLASS; MATTHEW HOUSAM; MICHAEL HOYLAND; THOMAS C. BORTNER; GRANT LOPEZ; HEATHER LOPEZ; MATTHEW KEEBLER; and KRYSTENA KEEBLER, <br><br>        *Plaintiffs*, <br><br>v. <br><br>KINGDOM OF SAUDI ARABIA, <br><br>        *Defendant*. | Case No. 3:21-cv-329 |

**CONSENT MOTION TO EXTEND THE BRIEFING SCHEDULE
FOR PROCEEDINGS ON REMAND**

1. The parties jointly request a brief extension of the existing schedule for the proceedings on remand. *See* ECF No. 82. Saudi Arabia requests a two-week extension for its opening brief, to and including January 16, 2026. Plaintiffs request a one-week extension for their response brief, to and including February 13. Both parties consent to the requested relief.

2. On March 30, 2024, this Court dismissed all claims against Saudi Arabia for lack of subject-matter jurisdiction under the Foreign Sovereign Immunities Act of 1976, 28 U.S.C. § 1605. *Watson v. Kingdom of Saudi Arabia*, 2024 WL 1344643, at *1-2 (N.D. Fla. Mar. 30, 2024); ECF No. 72.

3. On November 10, 2025, the Eleventh Circuit affirmed in part, reversed in part, and remanded for further proceedings to allow this Court to answer, in the first instance: "whether the first bundle of claims arising out of the Kingdom's conduct in hiring, vetting, and sending its airman to the United States survives the factual challenges." *Watson v. Kingdom of Saudi Arabia*, No. 24-11310, --- F.4th ---, 2025 WL 3137641, at *29 (11th Cir. Nov. 10, 2025); ECF No. 80, at 71.

4. On December 11, 2025, this Court set a briefing schedule for the proceedings on remand. ECF No. 82. The Court directed Saudi Arabia to file its brief within 21 days and Plaintiffs to file their response brief within 21 days thereafter. *Id.* Saudi Arabia's brief is therefore due on January 2, 2026

(accounting for the New Year's holiday), and Plaintiffs' brief is due on January 23, 2026.

5. Following the Court's Order, Saudi Arabia sought from Plaintiffs their consent, and Plaintiffs consented, to a two-week extension for Saudi Arabia's brief given the intervening holidays, as well as other previously set deadlines. At Plaintiffs' request, Saudi Arabia consented to a one-week extension for Plaintiffs' reply as well.

6. The extension is warranted for two reasons. *First*, counsel for Saudi Arabia who will be responsible for preparing its brief to this Court are also responsible for preparing a 21,000-word merits brief, due to the Second Circuit on December 22, 2025, in *In re Terrorist Attacks on September 11, 2001*, Nos. 25-2202 et al. *Second*, the time between December 11, 2025, and January 2, 2026 includes the Christmas, Hanukkah, and New Year's Day holidays, which counsel hope to spend with their families.

7. This is the first extension that either party has sought for the briefing on remand. The additional time will assist in briefing these matters for the Court.

Dated:  December 12, 2025           Respectfully submitted,

*/s/ Benjamin H. Brodsky*
Benjamin H. Brodsky
Florida Bar No. 73748
Brodsky Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: (305) 503-5054
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

Michael K. Kellogg (*pro hac vice*)
Gregory G. Rapawy (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
Kellogg, Hansen, Todd,
   Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mkellogg@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com

*Counsel for the Kingdom of Saudi Arabia*

## LOCAL RULE 5.1(F) CERTIFICATION

I, Benjamin H. Brodsky, hereby certify that on December 12, 2025, I caused a true and correct copy of the foregoing Consent Motion To Extend the Briefing Schedule for Proceedings on Remand to be served via the CM/ECF system to all parties or counsel of record that have entered appearances in this action.

          Respectfully submitted,

          */s/ Benjamin H. Brodsky*
          Benjamin H. Brodsky
          Florida Bar No. 73748
          Brodsky Fotiu-Wojtowicz, PLLC
          200 SE 1st Street, Suite 400
          Miami, Florida 33131
          Tel: (305) 503-5054
          bbrodsky@bfwlegal.com
          docketing@bfwlegal.com