# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BENJAMIN WATSON, JR, et al.,

    Plaintiffs,

v.

KINGDOM OF SAUDI ARABIA,

    Defendant.

Case No. 3:21-cv-329-MCR-ZCB

## ORDER

Attorney Stephen I. Vladeck has filed a Motion for Admission Pro Hac Vice, ECF No. 83, seeking leave to appear before this Court as counsel for Plaintiffs. The motion demonstrates that Attorney Vladeck is a member in good standing of the Bar of the District of Columbia as stated on the certificate of good standing dated within 30 days of the filing of the motion; he has successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and he has paid the required admission fee. *See* N.D. Fla. Loc. R. 11.1(C).

Accordingly:

1.    The Motion for Admission Pro Hac Vice, ECF No. 83, is **GRANTED**.

2.    Attorney Stephen I. Vladeck is admitted *pro hac vice* to represent Plaintiffs in this case, pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**