UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR. et al.,

    Plaintiffs,

v.

KINGDOM OF SAUDI ARABIA,

    Defendant.

CASE NO. 3:21-cv-329-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     December 15, 2025
Motion/Pleadings: MOTION TO EXTEND BRIEFING SCHEDULE FOR PROCEEDINGS ON REMAND
Filed by  Plaintiffs & Defendant      on  December 12, 2025 Doc. #  84

|     | Stipulated | X | Joint Pleading |
| --- | --- | --- | --- |
|     | Unopposed  | X | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

    On consideration, the motion is **GRANTED**. Plaintiffs' brief is due on or before January 16, 2026, and Defendant's brief is due on or before February 13, 2026.

    **DONE** and **ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**