UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| BENJAMIN WATSON, JR., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>KINGDOM OF SAUDI ARABIA )<br>)<br>Defendant. )<br>_____) | Civil Action No.<br>3:21-cv-00329-MCR-EMT |

**NOTICE OF APPEARANCE**

The Clerk will kindly enter my appearance in the above-captioned matter on behalf of the following Plaintiffs:

Benjamin Watson, individually and as Executor of the Estate of Joshua Kaleb Watson

Shelia Wilemon Watson

George Johnson

Breanna Thomas

Jessica Pickett

Curtis Pickett

Kristy Lehmer

Ryan Blackwell

1

Carly Blackwell

Dated: January 2, 2026                              Respectfully submitted,

                              */s/ Jeffrey E. McFadden*
                              Jeffrey E. McFadden (FL#19052)
                              LAW OFFICES OF JEFFREY E.
                              MCFADEN, LLC
                              312 Prospect Bay Drive East
                              Grasonville, MD  21638
                              (443) 272-4737
                              jmcfadden@jmcfaddenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, and in compliance with L.R. 5.1(F), I, Jeffrey E. McFadden, electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system which sends notice to all parties or counsel of record that have entered appearances in this action.

                              */s/ Jeffrey E. McFadden*
                              Jeffrey E. McFadden