UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.,
    Plaintiffs,

v.                                            Case No.: 3:21cv329/MCR/ZCB

KINGDOM OF SAUDI
ARABIA,
    Defendant.
_____/

## **ORDER**

      This matter was referred to the undersigned to determine the scope of Plaintiffs' jurisdictional discovery. (Doc. 90). Plaintiffs have listed topics they believe should be within the scope of jurisdictional discovery. (Doc. 89 at 34-44). The parties must confer in good faith regarding Plaintiffs' list of topics in an attempt to reach an agreement regarding the scope of jurisdictional discovery. This conferral must occur in person, by video conferencing technology, or by telephone. After conferring, the parties must file a joint status report advising the Court of areas of agreement and any areas of dispute.

Accordingly, it is **ORDERED** that:

1. The parties must confer regarding Plaintiffs' list of discovery topics in an attempt to reach an agreement regarding the scope of jurisdictional discovery. The conferral must occur on or before **March 9, 2026**, and it must be conducted in person, by video conferencing technology, or by telephone.

2. After conferring, the parties must file a joint status report advising the Court of areas of agreement and any areas of dispute. The joint status report should be organized numerically by topic. Under each topic, the parties should indicate whether there is an agreement or dispute regarding the topic. If there is a dispute, then each party shall provide a summary (not to exceed 250 words) of each party's position on the disputed topic. The joint status report must be filed on or before **March 12, 2026**.

3. Upon receipt, the Court will review the joint status report and order additional briefing and/or schedule a hearing if necessary to resolve any disputes.[1]

---

[1] The parties should anticipate short deadlines because the District Judge has authorized ninety days for jurisdictional discovery. (Doc. 90 at 9).

**SO ORDERED**.  This 4th day of March 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge