UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN WATSON, JR., et al.,**

    **Plaintiffs,**

**v.**                                 **CASE NO. 3:21cv329-MCR-ZCB**

**KINGDOM OF SAUDI ARABIA,**

    **Defendant.**
_____/

## ORDER

    Defendant Kingdom of Saudi Arabia is requesting a stay of the 90-day jurisdictional discovery period due to the current hostilities in the Middle East, which are having a direct effect on Saudi Arabia's ability to respond to Plaintiffs' discovery requests. ECF No. 92.  Plaintiffs consent to the stay provided any order tolls the 90-day discovery period and  does not impact Plaintiffs' ability to seek discovery from third parties, including the United States.  Saudi Arabia  reserves the right to object to particular discovery requests that implicate its own confidentiality or comity interests and reserves the right to object to any third-party discovery exceeding the 90-day period.  The Court finds good cause to grant the request.

    Accordingly, the motion, ECF No. 92, is **GRANTED** for good cause shown. The 90-day jurisdictional discovery period is **STAYED** and the deadline **TOLLED**

as to Saudi Arabia only pending further order.[1]  The parties are directed to file a joint status report in **14 days** to advise the Court whether the stay should be lifted.

**DONE AND ORDERED** this 12th day of March 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiffs may continue third-party discovery, subject to Saudi Arabia's confidentiality or comity objections.

CASE NO3:21cv329-MCR-ZCB