## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

BENJAMIN WATSON, JR.; SHEILA
WILEMON WATSON; SHANE
WALTERS; AMANDA WALTERS;
DUSTIN WALTERS; MASON
WALTERS; SAMEH HAITHAM;
EVELYN BRADY; SHADIN
HAITHAM; JOHN ROBERT BRADY;
IRVIN LAWRENCE JR.; GEORGE
JOHNSON; BREANNA THOMAS;
RYAN BLACKWELL; CARLY
BLACKWELL; KRISTY LEHMER;
JESSICA PICKETT; CURTIS PICKETT;
CHARLES HOGUE; MATTHEW
TINCH; JESSICA TINCH; JONATHAN
GLASS; JOY GLASS; MATTHEW
HOUSAM; MICHAEL HOYLAND;
THOMAS C. BORTNER; GRANT
LOPEZ; HEATHER LOPEZ;
MATTHEW KEEBLER; and
KRYSTENA KEEBLER,

      *Plaintiffs*,

  v.

KINGDOM OF SAUDI ARABIA,

      *Defendant*.

Case No. 3:21-cv-329

## JOINT STATUS REPORT

- 2 -

Pursuant to the Court's Order on March 12, 2026 (ECF No. 93), the parties submit this Joint Status Report.

Saudi Arabia requests that the stay of discovery against it should not be lifted, and the tolling of the Court's ninety-day period for jurisdictional discovery against it should also continue. Counsel for Saudi Arabia have continued, and intend to continue, their diligent efforts to confer with their client, but are not yet able to respond in a substantive and productive way to Plaintiffs' discovery requests.

Plaintiffs consent to the continuation of the stay for an additional two weeks. Saudi Arabia does not object to filing an additional status report in two weeks.

Dated:  March 26, 2026

Respectfully submitted,

/s/ Stephen I. Vladeck

Stephen I. Vladeck (*pro hac vice*)
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 662-9313
svladeck@gmail.com

*Counsel for Plaintiffs*

/s/ Benjamin H. Brodsky

Benjamin H. Brodsky
Florida Bar No. 73748
Brodsky Fotiu-Wojtowicz, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 503-5054
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

Michael K. Kellogg (*pro hac vice*)
Gregory G. Rapawy (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
Kellogg, Hansen, Todd,
Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mkellogg@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com

*Counsel for the Kingdom of Saudi Arabia*

## LOCAL RULE 5.1(F) CERTIFICATION

I, Benjamin H. Brodsky, hereby certify that on March 26, 2026, I caused a true and correct copy of the foregoing Joint Status Report to be served via the CM/ECF system to all parties or counsel of record that have entered appearances in this action.

By: */s/* Benjamin H. Brodsky
Benjamin H. Brodsky