# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**BENJAMIN WATSON, JR., et al.,**

    **Plaintiffs,**

**v.**                                      **CASE NO. 3:21cv329-MCR-ZCB**

**KINGDOM OF SAUDI ARABIA,**

    **Defendant.**

_____/

## ORDER

On review of the Parties' Joint Status Report, ECF No. 94, the Court concludes that the previously imposed stay of the 90-day jurisdictional discovery period as to all discovery against the Kingdom of Saudi Arabia, *see* ECF No. 93, should be extended by an additional two weeks.  The Parties are directed to file a joint status report in 14 days to advise the Court whether the stay should be lifted.

**DONE AND ORDERED** this 26th day of March 2026.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**