UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.,
        Plaintiffs,

v.                                                    Case No.: 3:21cv329/MCR/ZCB

KINGDOM OF SAUDI ARABIA,
        Defendant.

_____/

## **ORDER**

On April 22, 2026, the Government—as a third party to this litigation—moved to quash Plaintiffs' subpoena. (Doc. 98). The Government's counsel certifies that he attempted to confer by email with Plaintiffs' counsel on the issues raised in the motion but did not receive a response before the motion was filed. (*Id.* at 6). The Court has found that telephonic or in person conversations between counsel after a motion has been filed often result in the resolution (or at least the narrowing) of the dispute.

The Court, therefore, **ORDERS** counsel for the Government and counsel for the Plaintiffs to confer telephonically or in person regarding the issues raised in the Government's motion to quash. (Doc. 98). That conference shall occur **on or before Tuesday, April 28, 2026.** During

1

that conference, the Court expects counsel to endeavor in good faith to resolve the issues raised in the motion. If counsel resolve the issues raised in the motion, then they should file a joint status report advising the Court that the matter has been resolved.[1]

If counsel cannot resolve the matter after having a conference, then Plaintiffs should file a response to the motion **on or before Thursday, May 7, 2026.** Plaintiffs' response should include the date that the in person or telephonic conference occurred, as well as the duration of the conference.

**SO ORDERED** this 23rd day of April 2026.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

---

[1] Counsel must file a status report to inform the Court if the motion, or any issues raised therein, are resolved before Plaintiffs' response is due. Failure to file a status report or a response in opposition by the deadline may lead to the motion being granted by default. N.D. Fla. Loc. R. 7.1(H).

2