# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

BENJAMIN WATSON, JR.; SHEILA
WILEMON WATSON; SHANE
WALTERS; AMANDA WALTERS;
DUSTIN WALTERS; MASON
WALTERS; SAMEH HAITHAM;
EVELYN BRADY; SHADIN
HAITHAM; JOHN ROBERT BRADY;
IRVIN LAWRENCE JR.; GEORGE
JOHNSON; BREANNA THOMAS;
RYAN BLACKWELL; CARLY
BLACKWELL; KRISTY LEHMER;
JESSICA PICKETT; CURTIS PICKETT;
CHARLES HOGUE; MATTHEW
TINCH; JESSICA TINCH; JONATHAN
GLASS; JOY GLASS; MATTHEW
HOUSAM; MICHAEL HOYLAND;
THOMAS C. BORTNER; GRANT
LOPEZ; HEATHER LOPEZ;
MATTHEW KEEBLER; and
KRYSTENA KEEBLER,

Case No. 3:21-cv-329

          *Plaintiffs*,

v.

KINGDOM OF SAUDI ARABIA,

          *Defendant*.

## JOINT STATUS REPORT

- 2 -

Pursuant to the Court's Order on April 10, 2026 (ECF No. 97), the parties submit this Joint Status Report.

Saudi Arabia requests that the stay of discovery against it should continue for at least an additional two weeks, and the tolling of the Court's 90-day period for jurisdictional discovery against it should also continue.  Counsel for Saudi Arabia have continued, and intend to continue, their diligent efforts to confer with their client, but are not yet able to respond in a substantive and productive way to Plaintiffs' discovery requests.

Plaintiffs do not object to a further two-week stay and tolling of jurisdictional discovery against Saudi Arabia. Plaintiffs request that their deadline for jurisdictional discovery of third parties also be tolled during that two weeks. Saudi Arabia does not object to Plaintiffs' request.

Dated:  April 23, 2026                   Respectfully submitted,

/s/ Stephen I. Vladeck                   /s/ Benjamin H. Brodsky

Stephen I. Vladeck (*pro hac vice*)      Benjamin H. Brodsky
600 New Jersey Avenue, N.W.              Florida Bar No. 73748
Washington, D.C. 20001                   Brodsky Fotiu-Wojtowicz, PLLC
Tel: (202) 662-9313                      44 West Flagler Street, Suite 2200
svladeck@gmail.com                       Miami, Florida 33130
                                         Tel: (305) 503-5054
*Counsel for Plaintiffs*                 bbrodsky@bfwlegal.com
                                         docketing@bfwlegal.com

                                         Michael K. Kellogg (*pro hac vice*)
                                         Gregory G. Rapawy (*pro hac vice*)
                                         Andrew C. Shen (*pro hac vice*)
                                         Kellogg, Hansen, Todd,
                                            Figel & Frederick, P.L.L.C.
                                         1615 M Street, N.W., Suite 400
                                         Washington, D.C. 20036
                                         Tel: (202) 326-7900
                                         Fax: (202) 326-7999
                                         mkellogg@kellogghansen.com
                                         grapawy@kellogghansen.com
                                         ashen@kellogghansen.com

                                         *Counsel for the Kingdom of Saudi Arabia*

## LOCAL RULE 5.1(F) CERTIFICATION

I, Benjamin H. Brodsky, hereby certify that on April 23, 2026, I caused a true and correct copy of the foregoing Joint Status Report to be served via the CM/ECF system to all parties or counsel of record that have entered appearances in this action.

By: /s/ Benjamin H . Brodsky
Benjamin H. Brodsky