**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BENJAMIN WATSON, JR., et al.,**

     **Plaintiffs,**

**v.**                                 **CASE NO. 3:21cv329-MCR-ZCB**

**KINGDOM OF SAUDI ARABIA,**

     **Defendant.**
_____/

## ORDER

On review of the Parties' most recent Joint Status Report, ECF No. 100, the Court concludes that the previously imposed stay of the 90-day jurisdictional discovery period as to all discovery against the Kingdom of Saudi Arabia, *see* ECF No. 93 (as extended, ECF Nos. 95, 97), should be extended by an additional two weeks, as requested.  Plaintiffs request that their deadline for jurisdictional discovery of third parties also be tolled during this two-week period, and Saudi Arabia does not object to the request. The request is **GRANTED as requested** for two weeks. The Parties are directed to file a joint status report in **14 days** to advise the Court whether the stay should be lifted.

     **DONE AND ORDERED** this 24th day of April 2026.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**