# EXHIBIT B

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BENJAMIN WATSON, JR., *et al.*,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　　)　　　　Civil Action No.
　　　　　　　　　　　　　　　　　)　　　3:21-cv-00329-MCR-ZCB
　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
KINGDOM OF SAUDI ARABIA　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)
　　　　　　　　　　　　　　　　　)

## DECLARATION OF RANDY CROWDER

I, Randy Crowder, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I have 24 years of investigative experience. I began my investigative career with the Florida Department of Banking and Finance, where I served as a Financial Investigator for five years. I then joined the Florida State Attorney's Office for the First Judicial Circuit as an investigator, where I handled case investigations for special prosecutions, including financial crimes, racketeering, police corruption, and related matters. During my final three years with the Florida State Attorney's Office, I served as Chief Investigator and supervised a team of 10 investigators. In addition to my civilian investigative experience, I served as an officer in the United States Army before and during my employment with the State of Florida, ultimately attaining the rank of Colonel.

2. I make this declaration based on my personal knowledge, including my attendance at the FBI presentation described below, my observations of that presentation, and to the best of my recollection. If called as a witness, I could testify competently to the matters stated in this declaration.

3. On November 9, 2022, I attended an event in Orlando, Florida called the "SWAT Roundup." The event was for SWAT teams and other law-

Page **1** of **6**

enforcement personnel (both active and retired) and included training, competition, and related activities. The Florida Chapter of the FBI National Academy Associates, Inc. hosted the event.

4. The training event I attended consisted primarily of a presentation concerning the Naval Air Station Pensacola shooting on December 6, 2019. Approximately 80 to 100 active and retired law enforcement officers and support personnel attended the presentation and a question-and-answer session hosted by a Special Agent from the FBI's Pensacola Office.

5. The presentation was given by a Special Agent from the FBI's Pensacola office. The agent stated that he had served in the Navy before his FBI career and had attended Marine Officer Candidate School at Building 633.

6. The event lasted approximately two hours. The agent's presentation lasted approximately 1.5 hours and included a PowerPoint presentation, a video from the building's camera system, and oral comments by the Special Agent.

7. The agent stated that the presentation had been given one or more times previously, including at a previous SWAT Roundup as a "lessons-learned" presentation.

8. During the presentation, the FBI Special Agent did not refer to the shooter by name. He referred to the shooter by the initials "MAS." I use the same initials in this declaration.

9. The agent introduced a video made from the building's camera system. He advised that the second-floor cameras did not record the views and that all of the cameras were motion-activated, which made the video somewhat disjointed. He explained that the video could give the impression that each clip happened immediately after the prior clip, when in fact there were time lapses because the cameras were activated only by motion.

10. The agent stated that investigators found two phones belonging to MAS: an iPhone 7 found in the building with a bullet in it, and an iPhone 5 found in MAS's car that had been smashed. The presentation showed images of both phones. The agent also showed a frame from the video that he said depicted MAS shooting his phone. The agent stated that the phones had complex passwords with a large character set.

Page 2 of 6

11. The agent discussed the FBI's efforts to obtain assistance from Apple in this matter and compared those efforts to a prior active-shooter case from December 2, 2015, in San Bernardino, California. He stated that, in the prior matter, Apple met with the FBI, asked what the FBI had done to access the iPhone or iPhones, stated that Apple could not do anything else, and later modified versions of its products to counteract the forensic efforts the FBI had attempted. The agent stated that, in the MAS case, Apple again met with the FBI, asked what had been done, and stated that it could not do anything more.

12. The agent advised the audience that FBI computer forensic technicians continued attempting to access the phones. According to the agent, after six months or more, the technicians concluded that there was only one way to access the phones, but that method would destroy them for any future forensic efforts. The agent stated that the method had previously been used in other cases and had succeeded on three out of four phones attempted.

13. The agent stated that the decision to use that method was referred to the FBI Director and the Attorney General, who approved it. The agent stated that the FBI first attempted the method on the iPhone 5, that the method succeeded, and that the FBI was able to identify the phone's password. The agent further stated that the FBI then used that password on the second phone and successfully accessed it.

14. The agent stated that the FBI's analysis of the phones showed that MAS had used the notes function in his phones as a diary and had entered his thinking, plans, and actions in those notes.

15. Based on what I personally observed at the presentation, the FBI presentation included or referred to investigative materials and information including, but not limited to: PowerPoint slides; video from Building 633 cameras; still frames from video; images of phones recovered in the investigation; information concerning FBI forensic efforts to access those phones; information concerning approval by the FBI Director and the Attorney General for the phone-access method; statements concerning the contents of the phones; statements concerning MAS's notes; statements concerning law-enforcement response and tactics; statements concerning interviews, subpoenas, and phone reviews relating to other KSA students; and statements concerning interagency cooperation and the investigation command post.

16. Based on my observations, the FBI Special Agent showed, cited, or used investigation materials in his presentation that disclosed facts and information, including but not limited to:

   a. MAS had wanted to become an engineer but changed his plans in 2015 after being radicalized, and he became determined to kill Americans.

   b. MAS developed a plan to enter the Saudi Air Force, come to the United States, and kill Americans. MAS reached out to Al Qaeda in the Arabian Peninsula and began communicating with a handler. That handler turned out to be Abdullah al-Maliki's older brother.

   c. Abdullah al-Maliki's older brother told al-Maliki and at least one other person that he "had an agent in the United States," and later told al-Maliki that, if the older brother died, al-Maliki would take over handling MAS.

   d. The older brother was killed in a drone attack, and MAS backed off from his contacts with AQAP, but later reached out to al-Maliki through an Egyptian connection. That connection provided al-Maliki the information necessary for him to know that MAS was his brother's agent.

   e. Based on MAS's iPhone notes, MAS had planned to conduct his attack at Lackland Air Force Base but could not do so.

   f. MAS's phones indicated that MAS went to a shooting range on April 13, 2019, and fired a G19 rifle and an AR-15 rifle.

   g. MAS bought the pistol on July 20, 2019. MAS was able to acquire the pistol through a hunting-license exemption. The gun store that sold MAS the pistol conferred with ATF during the gun-purchase process.

   h. On the day of the shooting, there was a regularly scheduled meeting in the auditorium of Building 633 with all of the students. Investigators had theorized that MAS miscalculated his timing and arrived and started shooting before the auditorium was filled. MAS

had actually determined that he would be quickly subdued by the attendees and chose not to attack the meeting in the auditorium.

i. MAS used ball ammunition, which caused less body damage and likely explains the survival of two of the victims, one of whom suffered as many as nine gunshot wounds.

j. After the FBI accessed MAS's phones, Al-Maliki was killed in a targeted drone strike. The presentation included a photograph of al-Maliki that appeared to have been taken during a postmortem medical examination, with a deceased al-Maliki lying on a table in an examination room or hospital setting.

k. Investigators used phone subpoenas and/or student interviews to investigate whether there was a conspiracy among the KSA trainees. Investigators reviewed the phones of other KSA students, which contained anti-American, extremist, and child sexual exploitation content.

l. The presentation addressed vetting procedures used by the Department of Defense and the State Department, including vetting at the time MAS was selected for training in the United States and subsequent remedial measures taken by the United States in the vetting process.

m. The presentation addressed the investigation process and protocols used, including coordination among state and federal agencies and their roles and responsibilities.

n. The presentation addressed tactics, techniques, and procedures used by first responders, and training techniques for preparing for active-shooter incidents.

o. The presentation included a "play-by-play" breakdown and discussion of the surveillance video from Building 633 on the date of and during the December 6, 2019, active shooter incident.

17. During his presentation, the FBI Special Agent also stated that there was excellent cooperation by all agencies involved and that they had established a command post where everyone participated and cooperated. The agent

Page **5** of **6**

stated that the command post was in place for one month after the attack. The agent also stated that approximately 300 FBI personnel and persons from other organizations were involved in the investigation.

18.    At no time did the FBI Special Agent indicate that anything he discussed or displayed at the presentation was classified, a state secret, or a matter of national security. On the contrary, it was evident that the FBI was using the presentation and the information it contained as a training and learning tool for others, including non-government-employed personnel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2026, at Pensacola, Florida.

_____
Randy Crowder