**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BENJAMIN WATSON, JR.; SHEILA WILEMON WATSON; SHANE WALTERS; AMANDA WALTERS; DUSTIN WALTERS; MASON WALTERS; SAMEH HAITHAM; EVELYN BRADY; SHADIN HAITHAM; JOHN ROBERT BRADY; IRVIN LAWRENCE JR.; GEORGE JOHNSON; BREANNA THOMAS; RYAN BLACKWELL; CARLY BLACKWELL; KRISTY LEHMER; JESSICA PICKETT; CURTIS PICKETT; CHARLES HOGUE; MATTHEW TINCH; JESSICA TINCH; JONATHAN GLASS; JOY GLASS; MATTHEW HOUSAM; MICHAEL HOYLAND; THOMAS C. BORTNER; GRANT LOPEZ; HEATHER LOPEZ; MATTHEW KEEBLER; and KRYSTENA KEEBLER, | Case No. 3:21-cv-329 |

*Plaintiffs*,

v.

KINGDOM OF SAUDI ARABIA,

*Defendant*.

**JOINT STATUS REPORT**

Pursuant to the Court's Order on April 24, 2026 (ECF No. 101), the parties submit this Joint Status Report.

Saudi Arabia requests that the stay of discovery against it should continue for at least an additional two weeks, and the tolling of the Court's 90-day period for jurisdictional discovery against it should also continue.  Counsel for Saudi Arabia have continued, and intend to continue, their diligent efforts to confer with their client, but are not yet able to respond in a substantive and productive way to Plaintiffs' discovery requests.

Plaintiffs do not object to a further two-week stay and tolling of jurisdictional discovery against Saudi Arabia.  Plaintiffs request that their deadline for jurisdictional discovery of third parties also be tolled during that two weeks. Saudi Arabia does not object to Plaintiffs' request.

Dated:  May 8, 2026

Respectfully submitted,

/s/ Stephen I. Vladeck
Stephen I. Vladeck (*pro hac vice*)
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 662-9313
svladeck@gmail.com

*Counsel for Plaintiffs*

/s/ Benjamin H. Brodsky
Benjamin H. Brodsky
Florida Bar No. 73748
Brodsky Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: (305) 503-5054
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

Michael K. Kellogg (*pro hac vice*)
Gregory G. Rapawy (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
Kellogg, Hansen, Todd,
   Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mkellogg@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com

*Counsel for the Kingdom of Saudi Arabia*

## LOCAL RULE 5.1(F) CERTIFICATION

I, Benjamin H. Brodsky, hereby certify that on May 8, 2026, I caused a true and correct copy of the foregoing Joint Status Report to be served via the CM/ECF system to all parties or counsel of record that have entered appearances in this action.

Respectfully submitted,

/s/ Benjamin H . Brodsky
Benjamin H. Brodsky