UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.,
 Plaintiffs,

v.         Case No.: 3:21-cv-329/MCR/ZCB

KINGDOM OF SAUDI ARABIA,
 Defendant.

           /

## **ORDER**

The United States, a nonparty to this action, has moved to quash a subpoena served on it by Plaintiffs. (Doc. 98). Plaintiffs have responded in opposition to the motion to quash, and the United States has replied. (Docs. 102, 106).

Consistent with the United States Department of Justice's *Touhy* regulations (28 C.F.R. §§ 16.21-16.28), Plaintiffs submitted a *Touhy* request along with their subpoena. (Doc. 98-1). The United States responded to the *Touhy* request by declining to disclose the information sought by the subpoena. (Doc. 98-2). In that response, the United States asserted that disclosure was unwarranted under various subparts of 28 C.F.R. §§ 16.26(a) and (b). According to Plaintiffs, the United States' decision not to disclose the requested information was incorrect.

1

Having considered the briefing and the applicable law, the Court believes it would be prudent to hold a sealed *in camera* hearing to consider evidence relating to the United States' refusal to disclose the information requested by the subpoena. *See Hickey v. Columbus Consol. Gov't*, No. 4:07-cv-096, 2008 WL 450561, at *2, *4 (M.D. Ga. Feb. 15, 2008) (holding *in camera* hearing to receive evidence related to the Department of Justice's rejection of a *Touhy* request); *see also N.L.R.B. v. Capitol Fish Co.*, 294 F.2d 868, 875 (5th Cir. 1961) (recognizing that when evaluating the government's refusal to provide information sought by a subpoena, "the evidence may be examined in camera" by the court); *Kerr v. U.S. Dist. Ct. for N. Dist. of Calif.*, 426 U.S. 394, 405-06 (1976) (stating that "this Court has long held the view that in camera review is a highly appropriate and useful means of dealing with claims of governmental privilege"). The *in camera* hearing, which will be held in a closed courtroom with counsel for the United States and a court reporter present, will be scheduled by a separate Notice of Hearing.

**SO ORDERED** this the 21st day of May 2026.

s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

2