# Exhibit 1

# Law Offices of Jeffrey E. McFadden, LLC

**312 Prospect Bay Drive East**
**Grasonville, MD  21638**
**(443) 272-4737**
**jmcfadden@jmcfaddenlaw.com**

March 24, 2026

**BY HAND AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

United States Attorney's Office
Northern District of Florida, Pensacola Division
21 East Garden Street, Suite 400
Pensacola, Florida 32502

**Re:    Touhy Request and Subpoena to United States Department of Justice/
Federal Bureau of Investigation; *Watson, et al. v. Kingdom of Saudi Arabia*,
Case No. 3:21-cv-329-MCR-EMT**

Dear Sir or Madam:

We represent the Plaintiffs in *Watson, et al. v. Kingdom of Saudi Arabia*, Case No. 3:21-cv-329-MCR-EMT, pending in the United States District Court for the Northern District of Florida, Pensacola Division. Pursuant to 28 C.F.R. §§ 16.22-16.24 and *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), this letter is submitted in support of the enclosed subpoena issued pursuant to Federal Rule of Civil Procedure 45. Plaintiffs seek a narrowly focused, discrete set of records from the Federal Bureau of Investigation (FBI), a component of the United States Department of Justice, concerning the events leading up to the December 6, 2019 terrorist attack at Naval Air Station Pensacola and those aspects of the FBI's subsequent investigation specifically related to Al-Shamrani's radicalization and the Kingdom of Saudi Arabia's knowledge or suspicions of that radicalization before his arrival for military training in the United States. Plaintiffs are not presently seeking testimony and reserve the right to make a separate request for limited authentication testimony if necessary.

This case is presently on remand from the United States Court of Appeals for the Eleventh Circuit, which held that Plaintiffs have plausibly alleged that the Kingdom of Saudi Arabia ("KSA") was grossly negligent in vetting, hiring, and sending Royal Saudi Air Force pilot Mohammed Saeed Al-Shamrani to the United States, where he carried out the attack at NAS Pensacola. On March 3, 2026, the District Court entered an order authorizing Plaintiffs to take jurisdictional discovery as to that claim, which must be completed within ninety (90) days. Subsequently, by Order dated March 12, 2026, the Court temporarily stayed such discovery as to KSA but permitted all third-party discovery to proceed. The requested FBI records are sought solely for that authorized jurisdictional discovery and are relevant to the issues identified by the Eleventh Circuit

and the District Court on remand.

Because the FBI is a component of the Department of Justice, and the United States is not a party to this civil action, the applicable Touhy regulation provides that the demand is to be routed through the United States Attorney for the district where the issuing authority is located. See 28 C.F.R. § 16.22(b). For that reason, Plaintiffs are directing this request to your office as the responsible office for receipt and processing of the demand.

As required by 28 C.F.R. § 16.22(c) and (d), Plaintiffs summarize the information sought and their relevance as follows. The requested information is relevant to issues including, without limitation, the FBI's knowledge, findings, communications, and investigative conclusions concerning Al-Shamrani's radicalization; the FBI's public statements that, following forensic analysis of Al-Shamrani's electronic devices, the Bureau determined that he had been radicalized since at least 2015 and had been communicating with AQAP prior to entering the United States; and information bearing on what the Kingdom of Saudi Arabia ("KSA") knew or suspected about Al-Shamrani before he was sent to the United States for military training.

In sum, Plaintiffs make narrowly tailored requests for documents, including electronically stored information in the FBI's possession, custody, or control, reflecting, concerning, or supporting: (1) the FBI's public statements regarding Al-Shamrani's radicalization and communications with AQAP; (2) information provided by or reflecting communications from KSA concerning Al-Shamrani's identification, selection, vetting, or suitability for pilot training in the United States; (3) information reflecting KSA's knowledge or suspected knowledge of Al-Shamrani's radicalization prior to his arrival in the United States; and (4) underlying factual materials obtained during the FBI's investigation, including materials derived from forensic analysis of electronic devices, social media accounts and online activity, and interviews of individuals with knowledge of Al-Shamrani's beliefs, associations, or conduct. The document requests are described with particularity in the enclosed subpoena and Appendix A.

The requested production date, location, and related particulars are set forth in the enclosed subpoena. For your convenience the date and place of production are summarized below:

**Date and Time:** April 23, 2026

**Place of Production:** Production shall be made electronically via secure electronic transfer or other mutually agreeable means.

Plaintiffs are willing to accept physical production in lieu of electronic production if that is more convenient for the Department. Plaintiffs are amenable to staged or rolling productions and to prioritizing categories most readily accessible to the Department.

The requested records are uniquely within, or most readily available from, FBI custody, control, or knowledge, and equivalent authenticated government records are not reasonably available to Plaintiffs from another source. The information sought is directly

relevant to the jurisdictional issues for which discovery has been authorized and is proportionate to the needs of the case.

Plaintiffs are willing to confer promptly regarding reasonable narrowing, staging, search parameters, custodians, date limitations, privilege issues, confidentiality protections, investigative sensitivities, or other accommodations that may facilitate compliance. Plaintiffs are also willing to pay any reasonable fees authorized by law for search, duplication, and witness-related costs.

To facilitate review, Plaintiffs further state that 1) the enclosed docket sheet identifies all counsel of record; 2) Plaintiffs seek only factual records and factual authentication testimony, not opinion or expert testimony; 3) this letter supplies the summary of the testimony and information sought, and their relevance, contemplated by 28 C.F.R. § 16.22(c) and (d); 4) Plaintiffs will provide at least ten (10) working days' advance notice of any interview, deposition, or testimony requested unless the Department agrees otherwise; and 5) Plaintiffs will provide, without charge, a copy of any deposition transcript or recording to the witness if testimony is taken and, if permitted by the applicable rules, the witness will be afforded the opportunity to review and sign the deposition transcript.

Because the Court has limited the jurisdictional discovery period to ninety days from March 3, 2026, Plaintiffs would appreciate prompt guidance if the Department believes any aspect of the request should be modified, narrowed, or presented in a different format. In light of the Court's deadline, Plaintiffs respectfully request that the Department advise as soon as practicable whether it anticipates any delay in responding to this request. If there are forms or additional materials that should accompany the request, please let us know and we will provide them immediately.

Thank you for your attention to this matter.

Sincerely,

/s/Jeffrey E. McFadden

On behalf of all counsel for Plaintiffs

Enclosures: Rule 45 Subpoena; Appendix A; Docket Sheet

**Plaintiffs' Counsel**:

Christopher G. Paulos (FL #91579)　　Matthew S. Mokwa (FL# 47761)
**PAULOS LAW, P.A.**　　　　　　　　**THE MAHER LAW FIRM, P.A.**
1507 E. Gadsden St.　　　　　　　　398 W. Morse Blvd., Suite 200
Pensacola, Florida 32501　　　　　　Winter Park, FL 32789

Phone: (850) 308-3650
Fax: (850) 435-6067
cpaulos@pauloslaw.com

James P. Kreindler (NY #1704980)
Daniel O. Rose (NY #2774271)
Andrew J. Maloney, III (NY #2261659)
**KREINDLER & KREINDLER LLP**
485 Lexington Ave., 28th Floor
New York, NY 10017
Phone: (212) 687-8181
Fax: (212) 972-9432
jkreindler@kreindler.com
drose@kreindler.com
amaloney@kreindler.com

Jeffrey McFadden (FL #19052)
**LAW OFFICES OF JEFFREY E.**
**McFADDEN, LLC**
312 Prospect Bay Dr. E
Grasonville, MD 21638-1181
Phone:  (410) 490-1163
jmcfadden@jmcfaddenlaw.com

Phone:  (407) 839-0866
Fax:  (407) 425-7958
mmokwa@maherlawfirm.com

David E. Harris (TX #24049273)
**SICO HOELSCHER HARRIS, LLP**
819 N. Upper Broadway
Corpus Christi, TX 78401
Phone:(877) 631-9965
Fax: (361) 653-3333
dharris@shhlaw.com

Stephen I. Vladeck
600 New Jersey Ave. N.W.
Washington, DC 20001
Phone: (202) 662-9313
svladeck@gmail.com

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| Benjamin Watson, Jr. et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Kingdom of Saudi Arabia | ) |
| *Defendant* | ) |

Civil Action No.    3:21-cv-00329-MCR-ZCB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        United States Attorney's Office for the Northern District of Florida, Pensacola Division
21 East Garden Street, Suite 400, Pensacola, FL 32502

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Appendix A - Requests for Production of Documents

| Place: | Date and Time: |
|---|---|
| Electronically to counsel for Plaintiffs at mmokwa@maherlawfirm.com | 04/23/2026 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  3/23/2026

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*        Benjamin Watson, Jr., et al.        , who issues or requests this subpoena, are:

Matthew Mokwa, 390 W. Morse Blvd., Suite 200, Winter Park, FL 32789; 407-839-0866; mmokwa@maherlawfirm.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00329-MCR-ZCB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*


                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Appendix A

**Documents Requested**

**Request No. 1**

Documents that reflect the factual basis for, or otherwise support or relate to, the public statements by the FBI and Department of Justice that, based on a review of Al-Shamrani's electronic devices:

(a) he had been radicalized since 2015;

(b) he had joined the Royal Saudi Air Force to carry out a special operation; and

(c) he had been communicating with Al Qaeda in the Arabian Peninsula (AQAP) prior to entering the United States.

**Request No. 2**

Documents that reflect the factual basis for, or otherwise support or relate to, the public statements by the FBI and Department of Justice that:

(a) Al-Shamrani was motivated by jihadist ideology; and

(b) 17 members of the Saudi military who were training in the United States possessed jihadi or anti-American content.

**Request No. 3**

Documents reflecting the identification, selection, screening, or vetting of Al-Shamrani by the Kingdom of Saudi Arabia for participation in training in the United States.

**Request No. 4**

Documents reflecting information that the Kingdom of Saudi Arabia knew or suspected that Al-Shamrani had been radicalized or held extremist or anti-American views prior to his arrival in the United States, including but not limited to evidence that the Kingdom of Saudi Arabia was monitoring Al-Shamrani's phone, email and/or social media accounts.

**Request No. 5**

Documents sufficient to identify any social media accounts, usernames, or online platforms associated with Mohammed Al-Shamrani.

**Request No. 6**

Documents reflecting social media postings, online activity, or digital content of Al-Shamrani.

**Request No. 7**

Documents reflecting factual information obtained from interviews of colleagues, family members, or associates of Al-Shamrani relating to his beliefs, associations or radicalization prior to his arrival in the United States.

**Request No. 8**

Documents obtained from the forensic extraction of Al-Shamrani's electronic devices, including materials reflecting his radicalization, extremist or anti-American beliefs, or communications with AQAP or other associates regarding terrorism or radicalization prior to the December 6, 2019 terrorist attack.

**Request No. 9**

Documents provided by, or reflecting information provided by, the Kingdom of Saudi Arabia to the FBI or Department of Justice concerning Al-Shamrani's radicalization, extremist beliefs, or associations.

# 3:21cv329, Watson Et Al V. Kingdom Of Saudi Arabia

US District Court Docket

United States District Court, Florida Northern

(Pensacola)

**This case was retrieved on 03/23/2026**

# Participants

| Litigants | Attorneys |
| --- | --- |
| BENJAMIN  WATSON, JR<br>INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF<br>JOSHUA KALEB WATSON \|<br>**Plaintiff** | ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com<br><br>DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com<br><br>JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com<br><br>JEFFREY EDWARD MCFADDEN<br>ATTORNEY TO BE NOTICED<br>LAW OFFICES OF JEFFREY E MCFADDEN -<br>GRASONVILLE MAD<br>312 Prospect Bay Drive E<br>Grasonville, MD  21638<br>USA<br>443-272-4737 Email:Filings@jmcfaddenlaw.Com<br><br>MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com<br><br>MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL |

## Litigants

## Attorneys

**SHEILA WILEMON WATSON**
**Plaintiff**

271 West Caton Avenue Suite 1
Winter Park, FL  32789
USA
407-839-0866 Email:Mmaher@maherlawfirm.Com

ANDREW J MALONEY , III
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-687-8181 Email:Amaloney@kreindler.Com

DANIEL O ROSE
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-973-3414 Email:Drose@kreindler.Com

JAMES PAUL KREINDLER
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-687-8181 Fax: 212-972-9432
Email:Jkreindler@kreindler.Com

JEFFREY EDWARD MCFADDEN
ATTORNEY TO BE NOTICED
LAW OFFICES OF JEFFREY E MCFADDEN -
GRASONVILLE MAD
312 Prospect Bay Drive E
Grasonville, MD  21638
USA
443-272-4737 Email:Filings@jmcfaddenlaw.Com

MATTHEW SCOTT MOKWA
ATTORNEY TO BE NOTICED
MAHER LAW FIRM PA - WINTER PARK FL
398 West Morse Boulevard Suite 200
Winter Park, FL  32789
USA
407-839-0866 Email:Mmokwa@maherlawfirm.Com

MICHAEL CHARLES MAHER
ATTORNEY TO BE NOTICED
THE MAHER LAW FIRM - WINTER PARK FL
271 West Caton Avenue Suite 1
Winter Park, FL  32789
USA
407-839-0866 Email:Mmaher@maherlawfirm.Com

Shane Walters
INDIVIDUALLY AND AS CO-EXECUTOR OF THE ESTATE
OF CAMERON SCOTT WALTERS AND AS
REPRESENTATIVE AND GUARDIAN OF S L W A MINOR
CHILD |
**Plaintiff**

DAVID E HARRIS
ATTORNEY TO BE NOTICED
SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX
802 N Carancahua Suite 900
Corpus Christi, TX  78401
USA

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|-----------|-----------|
| | 361-653-3300 Fax: 361-653-3333 Email:Dharris@shhlaw.Com

LOUIE JEFFERSON COOK ATTORNEY TO BE NOTICED SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX 802 N Carancahua Suite 900 Corpus Christi, TX  78401 USA 361-653-3300 Fax: 361-653-3333 Email:Louie@wrencookattorneys.Com |
| Amanda Walters INDIVIDUALLY AND AS  CO-EXECUTOR OF THE ESTATE OF CAMERON SCOTT WALTERS AND AS REPRESENTATIVE AND GUARDIAN OF L N W A MINOR CHILD \| **Plaintiff** | STEPHEN ISAIAH VLADECK LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED GEORGETOWN UNIVERSITY LAW CENTER 600 New Jersey Avenue Nw Washington, DC  20001 USA 202-662-9313 Email:Svladeck@gmail.Com

DAVID E HARRIS ATTORNEY TO BE NOTICED SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX 802 N Carancahua Suite 900 Corpus Christi, TX  78401 USA 361-653-3300 Fax: 361-653-3333 Email:Dharris@shhlaw.Com

LOUIE JEFFERSON COOK ATTORNEY TO BE NOTICED SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX 802 N Carancahua Suite 900 Corpus Christi, TX  78401 USA 361-653-3300 Fax: 361-653-3333 Email:Louie@wrencookattorneys.Com |
| S L W A MINOR CHILD \| **Plaintiff** | STEPHEN ISAIAH VLADECK LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED GEORGETOWN UNIVERSITY LAW CENTER 600 New Jersey Avenue Nw Washington, DC  20001 USA 202-662-9313 Email:Svladeck@gmail.Com

DAVID E HARRIS ATTORNEY TO BE NOTICED SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX 802 N Carancahua Suite 900 Corpus Christi, TX  78401 USA 361-653-3300 Fax: 361-653-3333 Email:Dharris@shhlaw.Com

LOUIE JEFFERSON COOK ATTORNEY TO BE NOTICED SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX 802 N Carancahua Suite 900 |

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Louie@wrencookattorneys.Com |
| **L N W**<br>**A MINOR CHILD \|**<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE<br>NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>DAVID E HARRIS<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Dharris@shhlaw.Com<br><br>LOUIE JEFFERSON COOK<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Louie@wrencookattorneys.Com |
| Dustin Walters<br>**Plaintiff** | DAVID E HARRIS<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Dharris@shhlaw.Com<br><br>LOUIE JEFFERSON COOK<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Louie@wrencookattorneys.Com |
| Mason Walters<br>**Plaintiff** | DAVID E HARRIS<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Dharris@shhlaw.Com<br><br>LOUIE JEFFERSON COOK<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX |

Watson Et Al V. Kingdom Of Saudi Arabia

## Litigants

## Attorneys

802 N Carancahua Suite 900
Corpus Christi, TX  78401
USA
361-653-3300 Fax: 361-653-3333
Email:Louie@wrencookattorneys.Com

**Sameh Haitham**
INDIVIDUALLY AND AS CO-EXECUTOR OF THE ESTATE
OF MOHAMMED SAMEH HAITHAM AND AS
REPRESENTATIVE AND GUARDIAN OF S S H A MINOR
CHILD AND S S H II A MINOR CHILD |
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

DAVID E HARRIS
ATTORNEY TO BE NOTICED
SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX
802 N Carancahua Suite 900
Corpus Christi, TX  78401
USA
361-653-3300 Fax: 361-653-3333
Email:Dharris@shhlaw.Com

LOUIE JEFFERSON COOK
ATTORNEY TO BE NOTICED
SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX
802 N Carancahua Suite 900
Corpus Christi, TX  78401
USA
361-653-3300 Fax: 361-653-3333
Email:Louie@wrencookattorneys.Com

MATTHEW SCOTT MOKWA
ATTORNEY TO BE NOTICED
MAHER LAW FIRM PA - WINTER PARK FL
398 West Morse Boulevard Suite 200
Winter Park, FL  32789
USA
407-839-0866 Email:Mmokwa@maherlawfirm.Com

MICHAEL CHARLES MAHER
ATTORNEY TO BE NOTICED
THE MAHER LAW FIRM - WINTER PARK FL
271 West Caton Avenue Suite 1
Winter Park, FL  32789
USA
407-839-0866 Email:Mmaher@maherlawfirm.Com

**Evelyn Brady**
INDIVIDUALLY AND AS CO-EXECUTOR OF THE ESTATE
OF MOHAMMED SAMEH HAITHAM |
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

ANDREW J MALONEY , III
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY

| Litigants | Attorneys |
|---|---|
| | 485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com<br><br>DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com<br><br>JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com<br><br>MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com<br><br>MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| S S H<br>A MINOR CHILD \|<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>DAVID E HARRIS<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Dharris@shhlaw.Com<br><br>LOUIE JEFFERSON COOK<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900 |

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Louie@wrencookattorneys.Com |
| S S H, II<br>A MINOR CHILD \|<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>DAVID E HARRIS<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Dharris@shhlaw.Com<br><br>LOUIE JEFFERSON COOK<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Louie@wrencookattorneys.Com |
| SHADIN HAITHAM<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>DAVID E HARRIS<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Dharris@shhlaw.Com<br><br>LOUIE JEFFERSON COOK<br>ATTORNEY TO BE NOTICED<br>SICO HOELSCHER HARRIS LLP - CORPUS CHRISTI TX<br>802 N Carancahua Suite 900<br>Corpus Christi, TX  78401<br>USA<br>361-653-3300 Fax: 361-653-3333<br>Email:Louie@wrencookattorneys.Com |
| JOHN ROBERT BRADY<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED |

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com<br><br>DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com<br><br>JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com<br><br>MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com<br><br>MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| IRVIN LAWRENCE, JR<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor |

| Litigants | Attorneys |
|-----------|-----------|
| | New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com<br><br>DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com<br><br>JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com<br><br>MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com<br><br>MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| George Johnson<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com<br><br>DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA |

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | 212-973-3414 Email:Drose@kreindler.Com |
| | JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com |
| | JEFFREY EDWARD MCFADDEN<br>ATTORNEY TO BE NOTICED<br>LAW OFFICES OF JEFFREY E MCFADDEN -<br>GRASONVILLE MAD<br>312 Prospect Bay Drive E<br>Grasonville, MD  21638<br>USA<br>443-272-4737 Email:Filings@jmcfaddenlaw.Com |
| | MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com |
| | MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| BREANNA THOMAS<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE<br>NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com |
| | ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com |
| | DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com |

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com<br><br>JEFFREY EDWARD MCFADDEN<br>ATTORNEY TO BE NOTICED<br>LAW OFFICES OF JEFFREY E MCFADDEN -<br>GRASONVILLE MAD<br>312 Prospect Bay Drive E<br>Grasonville, MD  21638<br>USA<br>443-272-4737 Email:Filings@jmcfaddenlaw.Com<br><br>MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com<br><br>MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| Ryan Blackwell<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE<br>NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com<br><br>DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com |

Watson Et Al V. Kingdom Of Saudi Arabia

## Litigants

## Attorneys

JAMES PAUL KREINDLER
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-687-8181 Fax: 212-972-9432
Email:Jkreindler@kreindler.Com

JEFFREY EDWARD MCFADDEN
ATTORNEY TO BE NOTICED
LAW OFFICES OF JEFFREY E MCFADDEN -
GRASONVILLE MAD
312 Prospect Bay Drive E
Grasonville, MD  21638
USA
443-272-4737 Email:Filings@jmcfaddenlaw.Com

KRIS ELLIOTT
ATTORNEY TO BE NOTICED
ELLIOTT LAW FIRM PA - GULF BREEZE FL
362 Gulf Breeze Pkwy Ste 118
Gulf Breeze, FL  35621
USA
850-677-0567 Fax: 850-254-7822 Email:Kris@elflaw.Com

MATTHEW SCOTT MOKWA
ATTORNEY TO BE NOTICED
MAHER LAW FIRM PA - WINTER PARK FL
398 West Morse Boulevard Suite 200
Winter Park, FL  32789
USA
407-839-0866 Email:Mmokwa@maherlawfirm.Com

MICHAEL CHARLES MAHER
ATTORNEY TO BE NOTICED
THE MAHER LAW FIRM - WINTER PARK FL
271 West Caton Avenue Suite 1
Winter Park, FL  32789
USA
407-839-0866 Email:Mmaher@maherlawfirm.Com

Carly Blackwell
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

ANDREW J MALONEY , III
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-687-8181 Email:Amaloney@kreindler.Com

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|-----------|-----------|
| | DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com |
| | JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com |
| | JEFFREY EDWARD MCFADDEN<br>ATTORNEY TO BE NOTICED<br>LAW OFFICES OF JEFFREY E MCFADDEN -<br>GRASONVILLE MAD<br>312 Prospect Bay Drive E<br>Grasonville, MD  21638<br>USA<br>443-272-4737 Email:Filings@jmcfaddenlaw.Com |
| | KRIS ELLIOTT<br>ATTORNEY TO BE NOTICED<br>ELLIOTT LAW FIRM PA - GULF BREEZE FL<br>362 Gulf Breeze Pkwy Ste 118<br>Gulf Breeze, FL  35621<br>USA<br>850-677-0567 Fax: 850-254-7822 Email:Kris@elflaw.Com |
| | MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com |
| | MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| KRISTY LEHMER<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE<br>NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com |

Watson Et Al V. Kingdom Of Saudi Arabia

## Litigants

## Attorneys

ANDREW J MALONEY , III
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-687-8181 Email:Amaloney@kreindler.Com

DANIEL O ROSE
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-973-3414 Email:Drose@kreindler.Com

JAMES PAUL KREINDLER
ATTORNEY TO BE NOTICED
KREINDLER & KREINDLER LLP - NEW YORK NY
485 Lexington Avenue 28th Floor
New York, NY  10017
USA
212-687-8181 Fax: 212-972-9432
Email:Jkreindler@kreindler.Com

JEFFREY EDWARD MCFADDEN
ATTORNEY TO BE NOTICED
LAW OFFICES OF JEFFREY E MCFADDEN -
GRASONVILLE MAD
312 Prospect Bay Drive E
Grasonville, MD  21638
USA
443-272-4737 Email:Filings@jmcfaddenlaw.Com

MATTHEW SCOTT MOKWA
ATTORNEY TO BE NOTICED
MAHER LAW FIRM PA - WINTER PARK FL
398 West Morse Boulevard Suite 200
Winter Park, FL  32789
USA
407-839-0866 Email:Mmokwa@maherlawfirm.Com

MICHAEL CHARLES MAHER
ATTORNEY TO BE NOTICED
THE MAHER LAW FIRM - WINTER PARK FL
271 West Caton Avenue Suite 1
Winter Park, FL  32789
USA
407-839-0866 Email:Mmaher@maherlawfirm.Com

JESSICA PICKETT
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com |
| | DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com |
| | JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com |
| | JEFFREY EDWARD MCFADDEN<br>ATTORNEY TO BE NOTICED<br>LAW OFFICES OF JEFFREY E MCFADDEN -<br>GRASONVILLE MAD<br>312 Prospect Bay Drive E<br>Grasonville, MD  21638<br>USA<br>443-272-4737 Email:Filings@jmcfaddenlaw.Com |
| | MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com |
| | MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| Curtis Pickett<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE<br>NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com |

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | ANDREW J MALONEY , III<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Email:Amaloney@kreindler.Com |
| | DANIEL O ROSE<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-973-3414 Email:Drose@kreindler.Com |
| | JAMES PAUL KREINDLER<br>ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP - NEW YORK NY<br>485 Lexington Avenue 28th Floor<br>New York, NY  10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Jkreindler@kreindler.Com |
| | JEFFREY EDWARD MCFADDEN<br>ATTORNEY TO BE NOTICED<br>LAW OFFICES OF JEFFREY E MCFADDEN -<br>GRASONVILLE MAD<br>312 Prospect Bay Drive E<br>Grasonville, MD  21638<br>USA<br>443-272-4737 Email:Filings@jmcfaddenlaw.Com |
| | MATTHEW SCOTT MOKWA<br>ATTORNEY TO BE NOTICED<br>MAHER LAW FIRM PA - WINTER PARK FL<br>398 West Morse Boulevard Suite 200<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmokwa@maherlawfirm.Com |
| | MICHAEL CHARLES MAHER<br>ATTORNEY TO BE NOTICED<br>THE MAHER LAW FIRM - WINTER PARK FL<br>271 West Caton Avenue Suite 1<br>Winter Park, FL  32789<br>USA<br>407-839-0866 Email:Mmaher@maherlawfirm.Com |
| Charles Hogue<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE<br>NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com |

Watson Et Al V. Kingdom Of Saudi Arabia

## Litigants

## Attorneys

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

CHRISTOPHER GUS PAULOS
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street
Pensacola, FL  32502
USA
850-435-7067 Email:Cpaulos@pauloslaw.Com

MATTHEW TINCH
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

CHRISTOPHER GUS PAULOS
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street
Pensacola, FL  32502
USA
850-435-7067 Email:Cpaulos@pauloslaw.Com

JESSICA TINCH
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

CHRISTOPHER GUS PAULOS

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street<br>Pensacola, FL  32502<br>USA<br>850-435-7067 Email:Cpaulos@pauloslaw.Com |
| Jonathan Glass<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>WILLIAM FRANKLIN CASH , III<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street Suite 600<br>Pensacola, FL  32502<br>USA<br>850-435-7059 Email:Bcash@levinlaw.Com<br><br>CHRISTOPHER GUS PAULOS<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street<br>Pensacola, FL  32502<br>USA<br>850-435-7067 Email:Cpaulos@pauloslaw.Com |
| JOY GLASS<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com<br><br>WILLIAM FRANKLIN CASH , III<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street Suite 600<br>Pensacola, FL  32502<br>USA<br>850-435-7059 Email:Bcash@levinlaw.Com<br><br>CHRISTOPHER GUS PAULOS<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street<br>Pensacola, FL  32502<br>USA<br>850-435-7067 Email:Cpaulos@pauloslaw.Com |
| MATTHEW HOUSAM<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw |

## Litigants

## Attorneys

Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

CHRISTOPHER GUS PAULOS
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street
Pensacola, FL  32502
USA
850-435-7067 Email:Cpaulos@pauloslaw.Com

**MICHAEL HOYLAND**
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

CHRISTOPHER GUS PAULOS
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street
Pensacola, FL  32502
USA
850-435-7067 Email:Cpaulos@pauloslaw.Com

**THOMAS C BORTNER**
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | CHRISTOPHER GUS PAULOS<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street<br>Pensacola, FL  32502<br>USA<br>850-435-7067 Email:Cpaulos@pauloslaw.Com |
| GRANT LOPEZ<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com |
| | WILLIAM FRANKLIN CASH , III<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street Suite 600<br>Pensacola, FL  32502<br>USA<br>850-435-7059 Email:Bcash@levinlaw.Com |
| | CHRISTOPHER GUS PAULOS<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street<br>Pensacola, FL  32502<br>USA<br>850-435-7067 Email:Cpaulos@pauloslaw.Com |
| Heather Lopez<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue Nw<br>Washington, DC  20001<br>USA<br>202-662-9313 Email:Svladeck@gmail.Com |
| | WILLIAM FRANKLIN CASH , III<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street Suite 600<br>Pensacola, FL  32502<br>USA<br>850-435-7059 Email:Bcash@levinlaw.Com |
| | CHRISTOPHER GUS PAULOS<br>ATTORNEY TO BE NOTICED<br>LEVIN PAPANTONIO - PENSACOLA FL<br>316 S Baylen Street<br>Pensacola, FL  32502<br>USA<br>850-435-7067 Email:Cpaulos@pauloslaw.Com |
| MATTHEW KEEBLER<br>**Plaintiff** | STEPHEN ISAIAH VLADECK<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE |

## Litigants

## Attorneys

NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

CHRISTOPHER GUS PAULOS
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street
Pensacola, FL  32502
USA
850-435-7067 Email:Cpaulos@pauloslaw.Com

**KRYSTENA KEEBLER**
**Plaintiff**

STEPHEN ISAIAH VLADECK
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue Nw
Washington, DC  20001
USA
202-662-9313 Email:Svladeck@gmail.Com

WILLIAM FRANKLIN CASH , III
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street Suite 600
Pensacola, FL  32502
USA
850-435-7059 Email:Bcash@levinlaw.Com

CHRISTOPHER GUS PAULOS
ATTORNEY TO BE NOTICED
LEVIN PAPANTONIO - PENSACOLA FL
316 S Baylen Street
Pensacola, FL  32502
USA
850-435-7067 Email:Cpaulos@pauloslaw.Com

Kingdom of Saudi Arabia
**Defendant**

ANDREW C SHEN
ATTORNEY TO BE NOTICED
KELLOGG HANSEN TODD ET AL - WASHINGTON DC
1615 M Street Nw Suite 400
Washington, DC  20036
USA
202-326-7963 Email:Ashen@kellogghansen.Com

BENJAMIN H BRODSKY
ATTORNEY TO BE NOTICED
BRODSKY FOTIU-WOJTOWICZ PLLC - MIAMI FL
44 West Flagler Street Suite 2200
Miami, FL  33130

Watson Et Al V. Kingdom Of Saudi Arabia

| Litigants | Attorneys |
|---|---|
| | USA<br>305-503-5054 Fax: 786-749-7644<br>Email:Bbrodsky@bfwlegal.Com<br><br>GREGORY G RAPAWY<br>ATTORNEY TO BE NOTICED<br>KELLOGG HANSEN TODD ET AL - WASHINGTON DC<br>1615 M Street Nw Suite 400<br>Washington, DC  20036<br>USA<br>202-326-7967 Email:Grapawy@kellogghansen.Com<br><br>MICHAEL K KELLOGG<br>ATTORNEY TO BE NOTICED<br>KELLOGG HANSEN TODD ET AL - WASHINGTON DC<br>1615 M Street Nw Suite 400<br>Washington, DC  20036<br>USA<br>202-326-7902 Fax: 202-326-7999<br>Email:Mkellogg@kellogghansen.Com |

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 02/22/2021 | COMPLAINT  against All Defendants ( Filing fee $ 402 receipt number BFLNDC-5955484.), filed by HEATHER LOPEZ, MATTHEW KEEBLER, JESSICA PICKETT, DUSTIN WALTERS, JONATHAN GLASS, SHEILA WILEMON WATSON, BREANNA THOMAS, BENJAMIN WATSON, JR, RYAN BLACKWELL, THOMAS C BORTNER, GEORGE JOHNSON, JESSICA TINCH, JOY GLASS, MATTHEW HOUSAM, KRISTY LEHMER, JOHN ROBERT BRADY, MATTHEW TINCH, EVELYN BRADY, GRANT LOPEZ, S S H, CURTIS PICKETT, SHADIN HAITHAM, CHARLES HOGUE, MICHAEL HOYLAND, L N W, SHANE WALTERS, SAMEH HAITHAM, S S H, II, IRVIN LAWRENCE, JR, MASON WALTERS, AMANDA WALTERS, KRYSTENA KEEBLER, CARLY BLACKWELL, S L W. (Attachments: # 1 SUMMONS FOR KINGDOM OF SAUDI ARABIA) (PAULOS, CHRISTOPHER) (Entered: 02/22/2021) | |
| 2 | 02/22/2021 | CIVIL COVER SHEET. (PAULOS, CHRISTOPHER) (Entered: 02/22/2021) | |
| 3 | 02/23/2021 | Summons Issued as to KINGDOM OF SAUDI ARABIA. (blr) (Entered: 02/23/2021) | |
| 4 | 03/09/2021 | Summons Returned Unexecuted - refused and returned as to KINGDOM OF SAUDI ARABIA. (blr) (Entered: 03/10/2021) | |
| 5 | 05/11/2021 | FIRST AMENDED COMPLAINT  against KINGDOM OF SAUDI ARABIA, filed by HEATHER LOPEZ, MATTHEW KEEBLER, JESSICA PICKETT, DUSTIN WALTERS, JONATHAN GLASS, SHEILA WILEMON WATSON, BREANNA THOMAS, BENJAMIN WATSON, JR, RYAN BLACKWELL, THOMAS C BORTNER, GEORGE JOHNSON, JESSICA TINCH, JOY GLASS, MATTHEW HOUSAM, KRISTY LEHMER, JOHN ROBERT BRADY, MATTHEW TINCH, EVELYN BRADY, GRANT LOPEZ, S S H, CURTIS PICKETT, SHADIN HAITHAM, CHARLES HOGUE, MICHAEL HOYLAND, L N W, SHANE WALTERS, SAMEH HAITHAM, S S H, II, IRVIN LAWRENCE, JR, MASON WALTERS, AMANDA WALTERS, KRYSTENA KEEBLER, CARLY | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | BLACKWELL, S L W. (Attachments: # 1 SUMMONS FOR KINGDOM OF SAUDI ARABIA) (PAULOS, CHRISTOPHER) (Entered: 05/11/2021) | |
| 6 | 05/13/2021 | Summons Issued as to KINGDOM OF SAUDI ARABIA. (blr) (Entered: 05/13/2021) | |
| 7 | 05/21/2021 | MOTION to Appear Pro Hac Vice by James P. Kreindler.( Filing fee $ 208 receipt number AFLNDC-6103452.) by BENJAMIN WATSON, JR. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (KREINDLER, JAMES) (Entered: 05/21/2021) | |
| | 05/24/2021 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 7 MOTION to Appear Pro Hac Vice by James P. Kreindler.( Filing fee $ 208 receipt number AFLNDC-6103452.) (blr) (Entered: 05/24/2021) | |
| 8 | 05/25/2021 | MOTION to Appear Pro Hac Vice by Andrew J. Maloney, III.( Filing fee $ 208 receipt number AFLNDC-6107095.) by BENJAMIN WATSON, JR. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (MALONEY, ANDREW) (Entered: 05/25/2021) | |
| | 05/25/2021 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 8 MOTION to Appear Pro Hac Vice by Andrew J. Maloney, III.( Filing fee $ 208 receipt number AFLNDC-6107095.) (blr) (Entered: 05/25/2021) | |
| 9 | 05/25/2021 | ORDER. The Motion to Appear Pro Hac Vice, ECF No. 7 , is GRANTED. Attorney James P. Kreindler, of the law firm of Kreindler & Kreindler LLP, is admitted pro hac vice to represent Plaintiffs, pursuant to Local Rule 11.1(C). Signed by JUDGE M CASEY RODGERS on 5/25/2021. (blr) (Entered: 05/25/2021) | |
| 10 | 05/25/2021 | ORDER. The Motion to Appear Pro Hac Vice, ECF No. 8 , is GRANTED. Attorney Andrew Joseph Maloney, III, of the law firm of Kreindler & Kreindler LLP, is admitted pro hac vice to represent Plaintiffs, pursuant to Local Rule 11.1(C). Signed by JUDGE M CASEY RODGERS on 5/25/2021. (blr) (Entered: 05/25/2021) | |
| 11 | 06/01/2021 | AFFIDAVIT REQUESTING FOREIGN MAILING PURSUANT TO 28 U.S.C. 1608(a)(3) by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (Attachments: # 1 Exhibit A - Letter to Clerk from Counsel) (PAULOS, CHRISTOPHER) (Entered: 06/01/2021) | |
| 12 | 06/03/2021 | CERTIFICATE OF MAILING - DHL (blr) (Entered: 06/03/2021) | |
| 13 | 06/03/2021 | CERTIFICATE OF MAILING - FEDEX (blr) (Entered: 06/03/2021) | |
| 14 | 06/10/2021 | MOTION to Appear Pro Hac Vice by David E. Harris.( Filing fee $ 208 receipt number AFLNDC-6131779.) by S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS. (Attachments: # 1 Exhibit A) (HARRIS, DAVID) (Main Document 14 replaced on 8/5/2024) (alb). (Attachment 1 replaced on 8/5/2024) (alb). (Entered: 06/10/2021) | |

Watson Et Al V. Kingdom Of Saudi Arabia

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | 06/11/2021 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 14 MOTION to Appear Pro Hac Vice by David E. Harris.( Filing fee $ 208 receipt number AFLNDC-6131779.) (mb) (Entered: 06/11/2021) | |
| 15 | 06/11/2021 | ORDER granting 14 Motion to Appear Pro Hac Vice (Appointed DAVID E HARRIS for Plaintiffs. Attorney David Echols Harris, of the law firm of Sico Hoelscher Harris LLP, is admitted pro hac vice to represent the Plaintiffs in this matter, pursuant to Local Rule 11.1(C). (DAVID E HARRIS for RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON). Signed by JUDGE M CASEY RODGERS on 6/11/2021. (mb) (Entered: 06/11/2021) | |
| 16 | 06/15/2021 | MOTION to Appear Pro Hac Vice by Louie J. Cook.( Filing fee $ 208 receipt number AFLNDC-6135493.) by S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS. (Attachments: # 1 Exhibit A) (COOK, LOUIE) (Attachment 1 replaced on 8/5/2024) (alb). (Main Document 16 replaced on 8/5/2024) (alb). (Attachment 1 replaced on 8/5/2024) (alb). (Entered: 06/15/2021) | |
| | 06/16/2021 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 16 MOTION to Appear Pro Hac Vice by Louie J. Cook.( Filing fee $ 208 receipt number AFLNDC-6135493.) (blr) (Entered: 06/16/2021) | |
| 17 | 06/16/2021 | ORDER. The Motion to Appear Pro Hac Vice, ECF No. 16 , is GRANTED. Attorney Louie Jefferson Cook, of the law firm of Sico Hoelscher Harris LLP, is admitted pro hac vice to represent the Plaintiffs in this matter, pursuant to Local Rule 11.1(C). (Appointed LOUIE JEFFERSON COOK for Plaintiffs) Signed by JUDGE M CASEY RODGERS on 6/16/2021. (blr) (Entered: 06/16/2021) | |
| 18 | 06/24/2021 | Summons Returned Unexecuted - refused and returned from FEDEX as to KINGDOM OF SAUDI ARABIA. (blr) (Entered: 06/30/2021) | |
| 19 | 07/09/2021 | Summons Returned Unexecuted by HEATHER LOPEZ, MATTHEW KEEBLER, JESSICA PICKETT, DUSTIN WALTERS, JONATHAN GLASS, SHEILA WILEMON WATSON, BREANNA THOMAS, BENJAMIN WATSON, JR, RYAN BLACKWELL, THOMAS C BORTNER, GEORGE JOHNSON, JESSICA TINCH, JOY GLASS, MATTHEW HOUSAM, KRISTY LEHMER, JOHN ROBERT BRADY, MATTHEW TINCH, EVELYN BRADY, GRANT LOPEZ, S S H, CURTIS PICKETT, SHADIN HAITHAM, CHARLES HOGUE, MICHAEL HOYLAND, L N W, SHANE WALTERS, SAMEH HAITHAM, S S H, II, IRVIN LAWRENCE, JR, MASON WALTERS, AMANDA WALTERS, KRYSTENA KEEBLER, CARLY BLACKWELL, S L W as to KINGDOM OF SAUDI ARABIA. (Attachments: # 1 Exhibit A - FedEx Tracking, # 2 Exhibit B - DHL Tracking, # 3 Exhibit C - DHL Email to Court) (PAULOS, CHRISTOPHER) (Entered: 07/09/2021) | |

Watson Et Al V. Kingdom Of Saudi Arabia

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 20 | 07/09/2021 | AFFIDAVIT REQUESTING FOREIGN MAILING PURSUANT TO 28 U.S.C. 1608(a)(4) by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (Attachments: # 1 Exhibit A - Letter to Clerk from Counsel) (PAULOS, CHRISTOPHER) (Entered: 07/09/2021) | |
| 21 | 07/12/2021 | DOCKET ANNOTATION BY COURT: Re 20 AFFIDAVIT REQUESTING FOREIGN MAILING PURSUANT TO 28 U.S.C. 1608(a)(4). (Documents received from attorney on 7/9/2021, were sealed and picked up by Federal Express.) (alb) (Entered: 07/13/2021) | |
| 22 | 02/16/2022 | NOTICE of Appearance by KRIS ELLIOTT on behalf of CARLY BLACKWELL, RYAN BLACKWELL (ELLIOTT, KRIS) (Entered: 02/16/2022) | |
| 23 | 03/03/2022 | ACKNOWLEDGMENT OF SERVICE Executed Notice of Service Under 28 U.S.C. Section 1608(a)(4) Acknowledgment filed by THOMAS C BORTNER, JONATHAN GLASS, JOY GLASS, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, KRYSTENA KEEBLER, MATTHEW KEEBLER, GRANT LOPEZ, HEATHER LOPEZ, JESSICA TINCH, MATTHEW TINCH. (Attachments: # 1 Exhibit A) (PAULOS, CHRISTOPHER) (Entered: 03/03/2022) | |
| 24 | 03/21/2022 | MOTION to Appear Pro Hac Vice by Michael K. Kellogg.( Filing fee $ 208 receipt number AFLNDC-6841014.) by KINGDOM OF SAUDI ARABIA. (Attachments: # 1 Exhibit A) (KELLOGG, MICHAEL) (Entered: 03/21/2022) | |
| 25 | 03/21/2022 | MOTION to Appear Pro Hac Vice by Gregory G. Rapawy.( Filing fee $ 208 receipt number AFLNDC-6841300.) by KINGDOM OF SAUDI ARABIA. (Attachments: # 1 Exhibit A) (RAPAWY, GREGORY) (Entered: 03/21/2022) | |
| 26 | 03/21/2022 | MOTION to Appear Pro Hac Vice by Andrew C. Shen.( Filing fee $ 208 receipt number AFLNDC-6841361.) by KINGDOM OF SAUDI ARABIA. (Attachments: # 1 Exhibit A) (SHEN, ANDREW) (Entered: 03/21/2022) | |
| | 03/21/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 25 MOTION to Appear Pro Hac Vice by Gregory G. Rapawy.( Filing fee $ 208 receipt number AFLNDC-6841300.), 26 MOTION to Appear Pro Hac Vice by Andrew C. Shen.( Filing fee $ 208 receipt number AFLNDC-6841361.), 24 MOTION to Appear Pro Hac Vice by Michael K. Kellogg.( Filing fee $ 208 receipt number AFLNDC-6841014.) (mb) (Entered: 03/21/2022) | |
| 27 | 03/21/2022 | Consent MOTION for Leave to File Motion to Dismiss that Exceeds Word Limit by KINGDOM OF SAUDI ARABIA. (Attachments: # 1 Exhibit A Motion of the Kingdom of Saudi Arabia to Dismiss the Amended Complaint and Memorandum of Law in Support) (BRODSKY, BENJAMIN) Modified on 6/10/2022 to reflect the title of Exhibit A (alb). (Entered: 03/21/2022) | |
| | 03/22/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 27 Consent MOTION for Leave to File Motion to Dismiss that Exceeds Word Limit. (alb) (Entered: 03/22/2022) | |
| 28 | 03/23/2022 | ORDER, re 24 Motion to Appear Pro Hac Vice by Michael K. Kellogg ; 25 Motion to Appear Pro Hac Vice by Gregory G. Rapawy ; 26 Motion to Appear Pro Hac Vice by Andrew C. Shen. The motions identified in Exhibit A are GRANTED. Signed by JUDGE M CASEY RODGERS on 3/23/2022. (alb) (Entered: 03/23/2022) | |
| 29 | 03/23/2022 | ORDER granting as requested 27 Motion for Leave to Exceed Word Limit. Signed by JUDGE M CASEY RODGERS on 3/23/2022. (alb) (Entered: 03/23/2022) | |
| 30 | 03/24/2022 | First MOTION for Extension of Time to File Response/Reply to Defendant's Motion to Dismiss by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (PAULOS, CHRISTOPHER) (Entered: 03/24/2022) | |
| | 03/25/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 30 First MOTION for Extension of Time to File Response/Reply to Defendant's Motion to Dismiss. (alb) (Entered: 03/25/2022) | |
| 31 | 03/25/2022 | SUMMONS Returned Executed KINGDOM OF SAUDI ARABIA served on 1/18/2022, answer due 3/21/2022. (Attachments: # 1 Supplement) (alb) Modified on 3/28/2022 to correct the answer due date for 60 days to 3/21/2022 (alb). (Entered: 03/25/2022) | |
| 32 | 03/25/2022 | ORDER granting 30 First MOTION for Extension of Time to File Response/Reply to Defendant's Motion to Dismiss. Plaintiffs' deadline to respond to Defendant 's Motion to Dismiss (ECF No. 27 -1) is extended to May 26, 2022. (Internal deadline for referral to judge if response not filed earlier: 5/26/2022). Signed by JUDGE M CASEY RODGERS on 3/25/2022. (alb) (Entered: 03/25/2022) | |
| 33 | 05/16/2022 | Second MOTION for Extension of Time to File Response/Reply as to 32 Order,, Set Deadlines/Hearings, to Defendant's Motion to Dismiss by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (PAULOS, CHRISTOPHER) (Entered: 05/16/2022) | |
| | 05/17/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 33 Plaintiff's Consent Motion to Extend Time to Respond to Defendant's Motion to Dismiss. (alb) Modified on 5/17/2022 to | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | reflect the correct judge (alb). (Entered: 05/17/2022) | |
| 34 | 05/18/2022 | ORDER granting 33 Second MOTION for Extension of Time to File Response to Defendant's Motion to Dismiss 27 -1. (Internal deadline for referral to judge if response not filed earlier: 6/9/2022). Signed by JUDGE M CASEY RODGERS on 05/18/2022. (alb) (Entered: 05/18/2022) | |
| 35 | 05/23/2022 | ORDER REASSIGNING CASE. Case reassigned to MAGISTRATE JUDGE ZACHARY C BOLITHO for all further proceedings. MAGISTRATE JUDGE ELIZABETH M TIMOTHY no longer assigned to case. Signed by CHIEF JUDGE MARK E WALKER on 5/23/2022. (erl)**Please use the new judge's initials for all future filings: 3:21cv329-MCR-ZCB. (Entered: 05/24/2022) | |
| 36 | 06/06/2022 | MOTION for Leave to File an Enlarged Brief by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (PAULOS, CHRISTOPHER) (Entered: 06/06/2022) | |
| | 06/07/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 36 MOTION for Leave to File an Enlarged Brief. ("Defendant has not consented.") (alb) (Entered: 06/07/2022) | |
| 37 | 06/07/2022 | RESPONSE to Motion re 36 MOTION for Leave to File an Enlarged Brief  filed by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (Entered: 06/07/2022) | |
| 38 | 06/07/2022 | ORDER granting as requested 36 Motion for Leave to File an Enlarged Brief. Signed by JUDGE M CASEY RODGERS on 06/07/2022. (alb) (Entered: 06/07/2022) | |
| 39 | 06/09/2022 | MEMORANDUM in Opposition re 27 Consent MOTION for Leave to File Motion to Dismiss that Exceeds Word Limit Opposition to Motion to Dismiss filed by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26) (PAULOS, CHRISTOPHER) (Entered: 06/09/2022) | |
| | 06/10/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 27 Consent MOTION for Leave to File Motion to Dismiss that | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Exceeds Word Limit by KINGDOM OF SAUDI ARABIA. (Attachments: # 1 Exhibit A Motion of the Kingdom of Saudi Arabia to Dismiss the Amended Complaint and Memorandum of Law in Support) 39 Memorandum in Opposition to Motion. (alb) (Entered: 06/10/2022) | |
| 40 | 06/14/2022 | MOTION for Leave to File Reply In Support Of Motion To Dismiss The Amended Complaint (ECF No. 27-1) by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) Modified (removed consent from title) on 6/15/2022 (bkp). (Entered: 06/14/2022) | |
| | 06/14/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 40 Consent MOTION for Leave to File Reply In Support Of Motion To Dismiss The Amended Complaint (ECF No. 27 -1). (alb) (Entered: 06/14/2022) | |
| 41 | 06/15/2022 | ORDER re 40 MOTION for Leave to File Reply In Support Of Motion To Dismiss The Amended Complaint. The motion is GRANTED. Defendant may file a reply memorandum by July 25, 2022, not to exceed 7,500 words. Signed by JUDGE M CASEY RODGERS on 06/15/22. (Reply memorandum due by 7/25/2022.) (jfj) (Entered: 06/15/2022) | |
| 42 | 07/25/2022 | REPLY to Response to Motion re 27 Consent MOTION for Leave to File Motion to Dismiss that Exceeds Word Limit  filed by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (Entered: 07/25/2022) | |
| | 07/26/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 42 Reply in Support of the Kingdom of Saudi Arabia's Motion to Dismiss the Amended Complaint. (alb) (Entered: 07/26/2022) | |
| 43 | 08/05/2022 | MOTION for Discovery Plaintiffs' Motion for Jurisdictional Discovery by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (Attachments: # 1 Exhibit Ex. A to Plaintiffs Motion for Jurisdictional Discovery) (PAULOS, CHRISTOPHER) (Entered: 08/05/2022) | |
| | 08/05/2022 | Set Deadlines/Hearings re 43 Plaintiffs' Motion for Jurisdictional Discovery. (Internal deadline for referral to judge if response not filed earlier: 8/19/2022). (alb) (Entered: 08/08/2022) | |
| 44 | 08/19/2022 | RESPONSE in Opposition re 43 MOTION for Discovery Plaintiffs' Motion for Jurisdictional Discovery  filed by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (Entered: 08/19/2022) | |
| | 08/22/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 27 MOTION for Leave to File Motion to Dismiss that Exceeds Word Limit, 39 Response in Opposition to Motion, 42 Reply to Response to Motion. (alb) (Entered: 08/22/2022) | |
| | 08/22/2022 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 43 MOTION for Discovery Plaintiffs' Motion for Jurisdictional Discovery,  44 Response in Opposition to Motion. (alb) (Entered: 08/22/2022) | |

Watson Et Al V. Kingdom Of Saudi Arabia

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 45 | 08/22/2022 | ORDER re 27 Consent MOTION for Leave to File Motion to Dismiss that Exceeds Word Limit. To clarify the docket and show administratively that a motion is pending, the Defendant is directed to re-file the Motion to Dismiss as a stand-alone entry within seven (7) days. After filing, the Clerk is directed to link the motion to the previously filed response and reply and refer the matter to chambers. Signed by JUDGE M CASEY RODGERS on 08/22/2022. (alb) (Entered: 08/22/2022) | |
| | 08/22/2022 | Set Deadlines/Hearings re 45 Order Deadline to refile Motion to Dismiss as a separate entry - 8/29/2022. (alb) (Entered: 08/22/2022) | |
| 46 | 08/26/2022 | MOTION to Dismiss  by KINGDOM OF SAUDI ARABIA. (Internal deadline for referral to judge if response not filed earlier: 9/9/2022). (BRODSKY, BENJAMIN) (Entered: 08/26/2022) | |
| 47 | 08/26/2022 | AFFIDAVIT in Support re 46 MOTION to Dismiss  Amended Complaint filed by KINGDOM OF SAUDI ARABIA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (BRODSKY, BENJAMIN) (Entered: 08/26/2022) | |
| 48 | 09/01/2022 | ORDER. the Motion for Jurisdictional Discovery filed by Plaintiffs, ECF No. 43 , is hereby referred to the assigned magistrate judge for disposition by order, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure; and the Motion to Dismiss filed by Defendant Kingdom of Saudi Arabia, ECF No. 46 , is hereby referred to the assigned magistrate judge for a report and recommendation pursuant to Rule 72(b) of the Federal Rules of Civil Procedure. See also N.D. Fla. Loc. R. 72.3; 28 U.S.C. § 636(b)(1)(B). Signed by JUDGE M CASEY RODGERS on 09/01/2022. Motions referred to ZACHARY C BOLITHO. (alb) (Entered: 09/01/2022) | |
| | 09/01/2022 | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE ZACHARY C BOLITHO notified that action is needed Re: 48 Order Referring Motion. (alb) (Entered: 09/01/2022) | |
| 49 | 10/05/2022 | NOTICE of Hearing re 46 MOTION to Dismiss , 43 MOTION for Discovery Plaintiffs' Motion for Jurisdictional Discovery : Motion Hearing set for 10/12/2022 at 02:00 PM in U.S. Courthouse Pensacola before MAGISTRATE JUDGE ZACHARY C BOLITHO. NOTE: If you or any party, witness, or attorney in this matter has a disability which requires special accommodation, such as a hearing impairment requiring a sign language interpreter or a wheelchair restriction requiring ramp access, please contact the Office of the Clerk at 850-435-8440 at least one week prior to the hearing (or as soon as possible) so arrangements can be made. /s/ Sylvia WilliamsCourtroom Deputy Clerk (sdw) (Entered: 10/05/2022) | |
| 50 | 10/11/2022 | NOTICE of Appearance by WILLIAM FRANKLIN CASH, III on behalf of THOMAS C BORTNER, JONATHAN GLASS, JOY GLASS, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, KRYSTENA KEEBLER, MATTHEW KEEBLER, GRANT LOPEZ, HEATHER LOPEZ, JESSICA TINCH, MATTHEW TINCH (CASH, WILLIAM) (Entered: 10/11/2022) | |
| 51 | 10/12/2022 | Minute Entry for proceedings held before MAGISTRATE JUDGE ZACHARY C BOLITHO: Hearing held on 10/12/2022 re 46 MOTION to Dismiss , 43 MOTION for Discovery Plaintiffs' Motion for Jurisdictional Discovery. (Court Reporter CD.) (sdw) (Entered: 10/13/2022) | |
| 52 | 10/13/2022 | NOTICE of Supplemental Authority re: Oct. 12 hearing by BENJAMIN WATSON, JR (CASH, WILLIAM) (Entered: | |

Watson Et Al V. Kingdom Of Saudi Arabia

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | 10/13/2022) | |
| | 10/14/2022 | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE ZACHARY C BOLITHO notified that action is needed Re: 52 Notice of Supplemental Authority. (alb) (Entered: 10/14/2022) | |
| 53 | 10/21/2022 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of digitally recorded proceedings - MOTIONS HEARING - held on 10/12/22, before Judge Zachary C. Bolitho. Court Reporter/Transcriber Julie A. Wycoff, Telephone number 850/470-8196; julieawycoff@gmail.com.  Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2022. Release of Transcript Restriction set for 1/26/2023. (jaw) (Entered: 10/21/2022) | |
| 54 | 05/11/2023 | REPORT AND RECOMMENDATION. Defendant Saudi Arabia's Motion to Dismiss (Doc. 46 ) be GRANTED and this matter be DISMISSED for lack of jurisdiction under the Foreign Sovereign Immunities Act; Plaintiffs' Motion for Jurisdictional Discovery (Doc. 43 ) be DENIED; The Clerk of Court be directed to close this case. R&R flag set Signed by MAGISTRATE JUDGE ZACHARY C BOLITHO on 05/11/2023. Internal deadline for referral to district judge if objections are not filed earlier: 6/8/2023. (alb) (Entered: 05/11/2023) | |
| 55 | 05/17/2023 | MOTION for Extension of Time to File Response/Reply as to 54 REPORT AND RECOMMENDATION R&R flag set  by THOMAS C BORTNER, JONATHAN GLASS, JOY GLASS, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, KRYSTENA KEEBLER, MATTHEW KEEBLER, GRANT LOPEZ, HEATHER LOPEZ, JESSICA TINCH, MATTHEW TINCH. (CASH, WILLIAM) (Entered: 05/17/2023) | |
| | 05/18/2023 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 55 MOTION for Extension of Time to File Response/Reply as to 54 REPORT AND RECOMMENDATION. (alb) (Entered: 05/18/2023) | |
| 56 | 05/22/2023 | ORDER granting re 55 MOTION for Extension of Time to File Objections as to 54 REPORT AND RECOMMENDATION ( Internal deadline for referral to district judge if objections are not filed earlier: 6/26/2023.) Signed by JUDGE M CASEY RODGERS on 05/22/2023. (alb) (Entered: 05/22/2023) | |
| 57 | 06/27/2023 | RESPONSE by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON re 54 REPORT AND RECOMMENDATION R&R flag set Objections to Magistrate Judge's Report & Recommendations. (PAULOS, CHRISTOPHER) (Entered: 06/27/2023) | |
| | 06/27/2023 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 57 Response to 54 REPORT AND RECOMMENDATION. (alb) | |

Watson Et Al V. Kingdom Of Saudi Arabia

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 06/27/2023) | |
| 58 | 06/30/2023 | Consent MOTION to Extend Time to Respond to Plaintiffs' Rule 72(b) Objections to R&R by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (Entered: 06/30/2023) | |
| | 07/03/2023 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 58 Consent MOTION to Extend Time to Respond to Plaintiffs' Rule 72(b) Objections to R&R. (alb) (Entered: 07/03/2023) | |
| 59 | 07/03/2023 | ORDER granting 58 Consent Motion to Extend the Time to Respond to Plaintiffs' Rule 72(b) Objections Signed by JUDGE M CASEY RODGERS on 07/03/2023. (alb) Modified on 7/7/2023 to add hyperlink (alb). (Entered: 07/03/2023) | |
| 60 | 07/27/2023 | ORDER - Given the sensitive nature of the United States foreign relations that could be impacted by this case, the Court finds it necessary to raise the political question doctrine as a potential bar to jurisdiction and seek a statement of interest from the United States under 28 U.S.C. § 517. The United States must file a response to this Order within thirty (30) days. In its response, the United States may decline to submit a statement of interest or accept the Courts invitation by filing a statement of interest. The United States may file its response under seal, if appropriate. The Clerk of the Court is directed to serve this Order on the Attorney General of the United States, the Solicitor General of the United States, and the United States Attorney for the Northern District of Florida. Once the Court has reviewed the United States position, and if warranted, an appropriate briefing schedule will be set to allow the parties to respond. Signed by JUDGE M CASEY RODGERS on 7/27/23. (kr) (Entered: 07/27/2023) | |
| 61 | 08/04/2023 | ACKNOWLEDGMENT OF SERVICE Executed as to US ATTORNEY OFFICE in Tallahassee, re: 60 Order. (alb) (Entered: 08/04/2023) | |
| 62 | 08/08/2023 | NOTICE of Potential Participation by UNITED STATES OF AMERICA re 60 Order,,,, (POWERS, JAMES) (Entered: 08/08/2023) | |
| 63 | 08/08/2023 | NOTICE of Appearance by JAMES RYAN POWERS on behalf of UNITED STATES OF AMERICA (POWERS, JAMES) (Entered: 08/08/2023) | |
| | 08/08/2023 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 62 Notice of Potential Participation, by United States of America. (alb) (Entered: 08/08/2023) | |
| 64 | 08/09/2023 | REFERRAL AND ORDER re granting 62 Notice by the United States of Potential Participation. The United States' response is due by 9/25/2023. Signed by JUDGE M CASEY RODGERS on 8/9/2023. (jcw) (Entered: 08/09/2023) | |
| 65 | 08/09/2023 | RESPONSE by KINGDOM OF SAUDI ARABIA re 57 Response/Reply,, by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (Entered: 08/09/2023) | |
| | 08/10/2023 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 65 THE KINGDOM OF SAUDI ARABIA'S RESPONSE TOPLAINTIFFS' RULE 72 OBJECTIONS. (alb) (Entered: 08/10/2023) | |
| 66 | 08/11/2023 | ACKNOWLEDGMENT OF SERVICE Executed as to the US Atty General and the Office of the Solicitor General, re 60 Order. (Attachments: # 1 Office of the Solicitor General) (alb) (Entered: 08/15/2023) | |
| 67 | 09/25/2023 | NOTICE of Non-Participation by UNITED STATES OF AMERICA re 60 Order,,,, (POWERS, JAMES) (Entered: 09/25/2023) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | 09/26/2023 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 67 NOTICE BY THE UNITED STATES OF NON-PARTICIPATION. (alb) (Entered: 09/26/2023) | |
| 68 | 09/26/2023 | ORDER. As indicated in the Court's prior Order, the parties will be permitted to address the political question doctrine issue raised by the Court. The decision of the United States to decline the Court's invitation to provide a statement of interest does not dispose of the issue or the Court's concerns. See generally, Gross v. German Found. Indus. Initiative, 456 F.3d 363, 38990 (3d Cir. 2006) (indicating courts can defer to a persuasive statement of interest by the Government but that there is "no possibility of expressing a lack of respect due the Executive branch when the Executive has not expressed its interest in the dispute"). The parties' simultaneous briefs are due on or before October 10, 2023. Signed by JUDGE M CASEY RODGERS on 09/26/2023.(Briefs are due by 10/10/2023.) (alb) (Entered: 09/26/2023) | |
| 69 | 10/10/2023 | RESPONSE by KINGDOM OF SAUDI ARABIA re 68 Order,,,, Set Deadlines/Hearings,,, in Response to DE 68 Court Order directing the Parties to file Simultaneous Briefs. (BRODSKY, BENJAMIN) (Entered: 10/10/2023) | |
| 70 | 10/10/2023 | RESPONSE by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, TEVENIA JACOBS, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON re 68 Order,,,, Set Deadlines/Hearings,,, . (MOKWA, MATTHEW) (Entered: 10/10/2023) | |
| | 10/11/2023 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 69 THE KINGDOM OF SAUDI ARABIA'S SUPPLEMENTAL BRIEF REGARDING THE POLITICAL-QUESTION DOCTRINE, 70 PLAINTIFFS' RESPONSE TO COURT ORDER DATED SEPTEMBER 26, 2023 [ECF No. 68 ] RAISING POLITICAL QUESTION DOCTRINE. (alb) (Entered: 10/11/2023) | |
| 71 | 02/28/2024 | NOTICE of Substitution of Counsel, by SIMON GREGORY JEROME on behalf of UNITED STATES OF AMERICA (JEROME, SIMON) Modified on 3/27/2024 (alb). (Entered: 02/28/2024) | |
| | 02/28/2024 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 71 Notice of Substitution of Counsel. (alb) (Entered: 02/28/2024) | |
| 72 | 03/30/2024 | ORDER adopting Report and Recommendations 54 . Signed by JUDGE M CASEY RODGERS on March 30, 2024. (aow) (Entered: 03/30/2024) | |
| 73 | 03/31/2024 | CLERK'S JUDGMENT entered pursuant to 72 Order on Report and Recommendation. 90 Day Exhibit Return Deadline set for 7/1/2024 (erl) (Entered: 03/31/2024) | |
| 74 | 04/26/2024 | NOTICE OF APPEAL as to 73 Clerk's Judgment by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | HOYLAND, TEVENIA JACOBS, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. ( Filing fee $605 Receipt Number AFLNDC-8781181.) (MOKWA, MATTHEW) (Entered: 04/26/2024) | |
| 75 | 04/29/2024 | Appeal Instructions re: 74 Notice of Appeal : The Transcript Request Form is available on the Internet at https://www.flnd.uscourts.gov/form/eleventh-circuit-transcript-information-form **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by 5/13/2024. (alb) (Entered: 04/29/2024) | |
| 76 | 04/29/2024 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 74 Notice of Appeal. (alb) (Entered: 04/29/2024) | |
| 77 | 04/29/2024 | USCA PROCEDURAL LETTER and Case number re: 74 NOTICE OF APPEAL as to 73 Clerk's Judgment. USCA Case Number 24-11310. (alb) (Entered: 05/09/2024) | |
| 78 | 05/10/2024 | TRANSCRIPT REQUEST by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON (MOKWA, MATTHEW) (Entered: 05/10/2024) | |
| | 05/13/2024 | Set Deadlines re 74 Notice of Appeal,, : Clerk to check status of Appeal on 7/15/2024. (alb) (Entered: 05/13/2024) | |
| 79 | 05/13/2024 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 74 Notice of Appeal, Appeal No. 24-11310. The entire record on appeal is available electronically. (alb) (Entered: 05/13/2024) | |
| | 07/27/2024 | Reset Deadlines re Set Appeal Deadlines, 74 Notice of Appeal, ( Clerk to check status of Appeal on 9/16/2024.) (alb) (Entered: 07/27/2024) | |
| | 09/19/2024 | Reset Deadlines re 74 Notice of Appeal, ( Clerk to check status of Appeal on 12/19/2024.) Appeal No. 24-11310. (alb) (Entered: 09/19/2024) | |
| | 12/26/2024 | Reset Deadlines re 74 Notice of Appeal. ( Clerk to check status of Appeal on 2/19/2025.) Appeal No. 24-11310. (alb) (Entered: 12/26/2024) | |
| | 02/20/2025 | Reset Deadlines re 74 Notice of Appeal.( Clerk to check status of Appeal on 4/21/2025.) Appeal No. 24-11310. (alb) (Entered: 02/20/2025) | |
| | 04/22/2025 | Reset Deadlines re 74 Notice of Appeal. Clerk confirmed Appeal is ongoing. ( Clerk to check status of Appeal on 7/21/2025.) Appeal No. 24-11310. (alb) (Entered: 04/22/2025) | |
| | 07/23/2025 | Reset Deadlines re 74 Notice of Appeal. Clerk to check status of Appeal on 10/21/2025. Appeal No. 24-11310. (alb) (Entered: 07/23/2025) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | 10/22/2025 | Reset Deadlines re 74 Notice of Appeal :( Clerk to check status of Appeal on 12/22/2025. Appeal is ongoing.) Appeal No. 24-11310 (alb) (Entered: 10/22/2025) | |
| 80 | 11/13/2025 | USCA OPINION as to 74 Notice of Appeal. AFFIRMED IN PART, REVERSED IN PART, AND REMANDED, USCA # 24-11310-GG. (alb) (Entered: 11/13/2025) | |
| 81 | 12/10/2025 | MANDATE of USCA as to 74 Notice of Appeal. AFFIRMED IN PART, REVERSED IN PART, AND REMANDED. USCA case 24-11310. ( 30 Day Exhibit Return Deadline After Appeal Mandate set for 1/9/2026.) (alb) (Entered: 12/11/2025) | |
| | 12/11/2025 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 81 USCA Mandate. (alb) (Entered: 12/11/2025) | |
| 82 | 12/11/2025 | ORDER re 81 USCA Mandate. The Parties are directed to brief anew the issues that remain for this Court's consideration, as defined by the Eleventh Circuit. The Kingdom of Saudi Arabia's brief is due within 21 days, and the Plaintiffs' response brief is due within 21 days thereafter. Briefs are limited to 8,000 words, as prescribed by local rule, and there will be no reply absent leave of Court on a showing of extraordinary circumstances. See N.D. Fla. Loc. R. 7.1(F), (I). Signed by JUDGE M CASEY RODGERS on 12/11/2025. (Defendant's Brief due 1/2/2026. Plaintiff's Brief due 1/23/2026.) (alb) (Entered: 12/11/2025) | |
| 83 | 12/12/2025 | MOTION to Appear Pro Hac Vice by Stephen I. Vladeck.( Filing fee $ 219 receipt number AFLNDC-9729059.) by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON. (Attachments: # 1 Exhibit DC Certificate of Good Standing) (VLADECK, STEPHEN) (Entered: 12/12/2025) | |
| 84 | 12/12/2025 | Consent MOTION to Extend Time for Briefing Schedule For Proceedings on Remand by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (Entered: 12/12/2025) | |
| | 12/15/2025 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 83 MOTION to Appear Pro Hac Vice by Stephen I. Vladeck.( Filing fee $ 219 receipt number AFLNDC-9729059.), 84 Consent MOTION to Extend Time for Briefing Schedule For Proceedings on Remand. (jcw) (Entered: 12/15/2025) | |
| 85 | 12/15/2025 | ORDER granting 83 Motion to Appear Pro Hac Vice. Attorney Stephen I. Vladeck is admitted pro hac vice to represent Plaintiffs in this case, pursuant to Local Rule 11.1(C). Signed by JUDGE M CASEY RODGERS on 12/15/2025. (jcw) (Entered: 12/15/2025) | |
| 86 | 12/15/2025 | REFERRAL AND ORDER granting 84 Motion to Extend Time. Defendant's brief is due on or before 1/16/2026, and Plaintiffs' brief is due on or before 2/13/2026. Signed by JUDGE M CASEY RODGERS on 12/15/2025. (jcw) (Main Document 86 replaced on 12/15/2025) (jcw). Modified on 12/15/2025 to correct PLaintiff/Defendant brief deadlines (jcw). (Entered: 12/15/2025) | |
| 87 | 01/02/2026 | NOTICE of Appearance by JEFFREY EDWARD MCFADDEN on behalf of CARLY BLACKWELL, RYAN BLACKWELL, GEORGE | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | JOHNSON, KRISTY LEHMER, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON (MCFADDEN, JEFFREY) (Entered: 01/02/2026) | |
| 88 | 01/16/2026 | Supplemental Brief of the Kingdom of Saudi Arabia on Remand from the Eleventh Circuit, by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN). (alb) (Entered: 01/16/2026) | |
| | 01/16/2026 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 88 Supplemental Brief of the Kingdom of Saudi Arabia on Remand from the Eleventh Circuit, by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (alb) (Entered: 01/16/2026) | |
| 89 | 02/13/2026 | RESPONSE by CARLY BLACKWELL, RYAN BLACKWELL, THOMAS C BORTNER, EVELYN BRADY, JOHN ROBERT BRADY, JONATHAN GLASS, JOY GLASS, S S H, S S H, II, SAMEH HAITHAM, SHADIN HAITHAM, CHARLES HOGUE, MATTHEW HOUSAM, MICHAEL HOYLAND, GEORGE JOHNSON, KRYSTENA KEEBLER, MATTHEW KEEBLER, IRVIN LAWRENCE, JR, KRISTY LEHMER, GRANT LOPEZ, HEATHER LOPEZ, CURTIS PICKETT, JESSICA PICKETT, BREANNA THOMAS, JESSICA TINCH, MATTHEW TINCH, L N W, S L W, AMANDA WALTERS, DUSTIN WALTERS, MASON WALTERS, SHANE WALTERS, BENJAMIN WATSON, JR, SHEILA WILEMON WATSON re 88 Notice (Other) Supplemental Brief on Remand from Eleventh Circuit. (VLADECK, STEPHEN) (Entered: 02/13/2026) | |
| | 02/13/2026 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 89 Plaintiffs' Supplemental Brief on Remand From the Eleventh Circuit. (alb) (Entered: 02/13/2026) | |
| 90 | 03/03/2026 | ORDER re 81 USCA Mandate. The Court defers ruling on the motion to dismiss factual challenge to Saudi Arabia's claim of gross negligence in vetting, hiring, and sending Al-Shamrani to the United States, and the Plaintiffs have 90 days for jurisdictional discovery. The case is referred to the Magistrate Judge to determine the precise limits and scope of this discovery. Signed by JUDGE M CASEY RODGERS on 03/03/2026. (Jurisdictional Discovery deadline  6/1/2026.) (alb) (Entered: 03/03/2026) | |
| | 03/03/2026 | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE ZACHARY C BOLITHO notified that action is needed Re: 90 Order. (alb) Modified on 3/4/2026 to reflect the correct judge (alb). (Entered: 03/03/2026) | |
| 91 | 03/04/2026 | ORDER re 90 Order. The parties must confer regarding Plaintiffs' list of discovery topics in an attempt to reach an agreement regarding the scope of jurisdictional discovery. The conferral must occur on or before March 9, 2026, and it must be conducted in person, by video conferencing technology, or by telephone. After conferring, the parties must file a joint status report advising the Court of areas of agreement and any areas of dispute. The joint status report must be filed on or before March 12, 2026. (Please see full order.) Signed by MAGISTRATE JUDGE ZACHARY C BOLITHO on 03/04/2026. ( Joint Status Report due by 3/12/2026.) (alb) (Entered: 03/04/2026) | |
| 92 | 03/10/2026 | MOTION to Stay  by KINGDOM OF SAUDI ARABIA. (BRODSKY, BENJAMIN) (Entered: 03/10/2026) | |
| | 03/11/2026 | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 92 Defendant Kingdom of Saudi Arabia's Motion to Stay. (alb) (Entered: 03/11/2026) | |

Watson Et Al V. Kingdom Of Saudi Arabia

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 93 | 03/12/2026 | ORDER re 92 MOTION to Stay. The motion, ECF No. 92 , is GRANTED for good cause shown. The 90-day jurisdictional discovery period is STAYED and the deadline TOLLED as to Saudi Arabia only pending further order. The parties are directed to file a joint status report in 14 days to advise the Court whether the stay should be lifted. Signed by JUDGE M CASEY RODGERS on 03/12/2026. (Joint Status Report due by 3/26/2026.) (alb) (Entered: 03/12/2026) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document