# Exhibit 2

## RETURN OF SERVICE

**State of Florida**                    **County of NORTHERN**                    **District Court**

Case Number: 3:21-CV-00329-MCR-ZCB   Court Date: 4/23/2026  10:00 am

Plaintiff:
**BENJAMIN WATSON, JR ET AL**

vs.

Defendant:
**KINGDOM OF SAUDI ARABIA**

For:
MATTHEW MOKWA
THE MAHER LAW FIRM
398 W MORSE BLVD
SUITE 200
WINTER PARK, FL 32789

Received by CENTRAL FLORIDA PROCESS on the 25th day of March, 2026 at 10:53 am to be served on **UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION - UNITED STATES DEPARTMENT OF JUSTICE/ FEDERAL BUREAU OF INVESTIGATIONS, 21 EAST GARDEN STREET, SUITE 400, PENSACOLA, FL 32502**

I, Joe G. Hurley CPS #506, do hereby affirm that on the **25th day of March, 2026** at **12:44 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS; LETTER; APPENDIX A, DOCUMENTS REQUESTED,** with the date and hour of service endorsed thereon by me, to: **Christina Bennett** as **Legal Assistant** for **UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION - UNITED STATES DEPARTMENT OF JUSTICE/ FEDERAL BUREAU OF INVESTIGATIONS**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 145, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Pursuant to FS 92.525 (2), no notary is required

**Joe G. Hurley CPS #506**
506

**CENTRAL FLORIDA PROCESS**
**1635 E. COCORD STREET**
**ORLANDO, FL 32803**
**(407) 495-1550**

Our Job Serial Number: PKP-2026001749

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052703499909134

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:04 pm on March 26, 2026 in PENSACOLA, FL 32502.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

PENSACOLA, FL 32502
March 26, 2026, 12:04 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**                                            ⌄

---

**USPS Tracking Plus®**                                             ⌄

---

**Product Information**                                             ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers