# Exhibit 4

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:21-cv-329-MCR-EMT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* <u>Congressional & Litigation Support Office (S/ES-EX),</u> <u>Office of the Executive Secretariat</u> on *(date)* <u>Mar 24, 2026,</u>.

[X]    I served the Letter Dated March 24, 2026; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Appendix A by delivering a copy to the named individual as follows: <u>Served Danielle Johnson , Lead Records Specialist, a person of suitable age and discretion (over the age of 18) by</u> <u>delivering and leaving a true copy of the document at this location. The person served stated they are authorized to</u> <u>accept service on behalf of the agency named.</u> on *(date)* <u>Wed, Mar 25 2026</u>; or

[  ]    I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 03/26/2026

*D-Bell II*

*Server's signature*

Darius Bell II

*Printed name and title*

9 Westminster Shopping Center #384, Westminster MD 21157

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 25, 2026, 9:46 am EDT at U.S. Department of State: 2201 C Street Northwest Room 1464, Washington, DC 20520 received by Danielle Johnson . Age: 38; Ethnicity: African American; Gender: Female; Weight: 175; Height: 5'5"; Hair: Black; Other: Title: Lead Records Specialist ;
Served a person of suitable age and discretion (over the age of 18) by delivering and leaving a true copy of the document at this location. The person served stated they are authorized to accept service on behalf of the agency named.

Upon arrival, I proceeded through a security checkpoint where multiple security officers directed me to the Visitors Center. I waited there until a representative arrived to meet me.

An African-American female identified herself as Danielle Johnson. Ms. Johnson stated that she is a Lead Records Specialist.

I informed Ms. Johnson that I had legal documents to serve. She reviewed the documents and confirmed she was authorized to accept service. I then handed her the documents, which she accepted.

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052703499909165

**Copy**          **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was picked up at the post office at 11:13 am on March 27, 2026 in WASHINGTON, DC 20520.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20520
March 27, 2026, 11:13 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**          ⌄

---

**USPS Tracking Plus®**          ⌄

---

**Product Information**          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers