# Exhibit 6

# USPS Tracking®

FAQs >

**Tracking Number:**

## 95890710527034999909141

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:46 am on March 30, 2026 in NAVAL ANACOST ANNEX, DC 20373.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

NAVAL ANACOST ANNEX, DC 20373
March 30, 2026, 9:46 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                          ⌄

**USPS Tracking Plus®**                                           ⌄

**Product Information**                                           ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers