UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.,
    Plaintiffs,

vs.                            Case No.: 3:21cv329-MCR-ZCB

KINGDOM OF SAUDI ARABIA,
    Defendant.
_____/

## ORDER

Plaintiffs have moved to compel discovery responses from the FBI, the U.S. Department of State, and the U.S. Department of the Navy. (Doc. 111).  Contrary to Local Rule 7.1(C), the motion does not include a certificate of conferral.[1]  Accordingly, the motion (Doc. 111) is **DENIED without prejudice**.

The Court further **ORDERS** as follows:

    1.    Plaintiffs' counsel and the Government's counsel[2] are

---

[1] Local Rule 7.1(C) provides that a "motion or supporting memorandum must include a certificate—under a separate heading—confirming that the moving party complied with the attorney-conference requirement of Local Rule 7.1(B) and setting out the results."  N.D. Fla. Loc. R. 7.1(C).

[2] By statute, the United States Attorney shall "defend, for the Government, all civil actions, suits or proceedings in which the United States is concerned."  28 U.S.C. § 547(2).

1

required to confer via telephone, videoconference, or in-person before the motion is re-filed.  During that conferral, counsel for the parties must work in good faith to resolve their dispute.  That conferral must occur **on or before June 4, 2026.**

2.    If the conferral does not result in a resolution of the dispute and Plaintiffs elect to re-file their motion to compel, the motion must include a certificate of conferral as required by the Local Rules.  That certificate of conferral must include the date of the conferral, how that conferral occurred, and the length of the conferral.

3.    The Clerk of Court shall serve a copy of this order and the motion to compel (Doc. 111) on the United States Attorney for the Northern District of Florida.

**SO ORDERED** this 29th day of May 2026.

s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

2