# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION
### Civil Hearing Minutes

**Case Style:** *Watson, et al. v. Kingdom of Saudi Arabia; 3:21cv329-MCR/ZCB*

**Type of Hearing:** Ex Parte Hearing w/ Gov't Counsel ONLY

**Time Commenced:** 1:00 p.m.  **Time Concluded:** 1:36 p.m.

**Presiding:** Zachary C. Bolitho, U.S. Magistrate Judge

**Court Reporter:** Julie Wycoff

**Courtroom Deputy:** Sylvia Williams

---

**Attorney(s) for Government:**
John Spaccarotella
David Goldberg
John Heekin

This hearing included attendance by:

Videoconferencing/ZOOM:   ___ YES   _X_ NO

Telephone:   ___ YES   _X_ NO

Filed 5/29/2026
CRD initials: sdw