**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

BENJAMIN WATSON, JR., *et al.*,    )
                                   )
          Plaintiffs,              )
                                   )         Civil Action No.
                                   )         3:21-cv-00329-MCR-ZCB
                                   )
     v.                            )
                                   )
                                   )
KINGDOM OF SAUDI ARABIA            )
                                   )
          Defendant.               )
_____   )

**JOINT NOTICE REGARDING COURT-ORDERED CONFERRAL**

Pursuant to the Court's Order dated May 29, 2026 (ECF No. 112), counsel for Plaintiffs and counsel for the United States conferred via Zoom videoconference on June 4, 2026 regarding Plaintiffs' Motion to Compel (ECF No. 111). The conference lasted approximately 30 minutes.

During the conference, counsel discussed the status of the subpoenas and Touhy requests served on the FBI, Department of State, and Department of the Navy. The United Staes Attorney's Office for the Northern District of Florida advised that it is authorized to represent the agencies for purposes of this litigation. However, each government agency maintains its own counsel and internal procedures for processing subpoenas and Touhy requests.

1

AUSA John Spaccarotella represented that he had communicated with representatives of the FBI, Department of State, and Department of the Navy and confirmed that each agency has received Plaintiffs' subpoena and Touhy request. Counsel further advised that the agencies are in the process of reviewing and evaluating the requests. At this time, none of the agencies has completed its review or issued a final determination, and the agencies are unable to provide a specific date by which their review will be completed.

The parties have agreed to set another conferral for next Friday June 12, 2026 to further discuss the status of the responses. Plaintiffs have further agreed to delay their filing until after that conferral occurs.

Respectfully submitted,

| | |
|---|---|
| | JOHN P. HEEKIN |
| | UNITED STATES ATTORNEY |
| /s/ Matthew S. Mokwa | |
| Matthew S. Mokwa, Esq. (FL#47761) | |
| **THE MAHER LAW FIRM, P.A.** | /s/ John C. Spaccarotella |
| 398 W. Morse Blvd., Suite 200 | John C. Spaccarotella |
| Winter Park, Florida 32789 | Assistant United States Attorney |
| Phone: (407) 839-0866 | New York Registration No. 4304291 |
| Fax: (407) 425-7958 | 21 E. Garden Street, Suite 300 |
| mmokwa@maherlawfirm.com | Pensacola, FL 32502 |
| | Telephone 850-444-4046 |
| On Behalf of All Plaintiffs | John.Spaccarotella@usdoj.gov |
| | |
| | Counsel for the United States |

2

3

## LOCAL RULE 5.1(F) CERTIFICATION

I hereby certify that on June 5, 2026 and in compliance with L.R. 5.1(F), I, Matthew S. Mokwa, electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system which sends notice to all parties or counsel of record that have entered appearances in this action.

/s/ Matthew S. Mokwa
Matthew S. Mokwa, Esq.

3