## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

BENJAMIN WATSON, JR.; SHEILA
WILEMON WATSON; SHANE
WALTERS; AMANDA WALTERS;
DUSTIN WALTERS; MASON
WALTERS; SAMEH HAITHAM;
EVELYN BRADY; SHADIN
HAITHAM; JOHN ROBERT BRADY;
IRVIN LAWRENCE JR.; GEORGE
JOHNSON; BREANNA THOMAS;
RYAN BLACKWELL; CARLY
BLACKWELL; KRISTY LEHMER;
JESSICA PICKETT; CURTIS PICKETT;
CHARLES HOGUE; MATTHEW
TINCH; JESSICA TINCH; JONATHAN
GLASS; JOY GLASS; MATTHEW
HOUSAM; MICHAEL HOYLAND;
THOMAS C. BORTNER; GRANT
LOPEZ; HEATHER LOPEZ;
MATTHEW KEEBLER; and
KRYSTENA KEEBLER,

Case No. 3:21-cv-329

         *Plaintiffs*,

    v.

KINGDOM OF SAUDI ARABIA,

         *Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's Order on June 7, 2026 (ECF No. 116), the parties submit this Joint Status Report.

Saudi Arabia requests that the stay of discovery against it should continue for at least an additional two weeks, and the tolling of the Court's 90-day period for jurisdictional discovery against it should also continue. Counsel for Saudi Arabia have continued, and intend to continue, their diligent efforts to confer with their client, but are not yet able to respond in a substantive and productive way to Plaintiffs' discovery requests.

Plaintiffs do not object to a further two-week stay and tolling of jurisdictional discovery against Saudi Arabia. Plaintiffs request that their deadline for jurisdictional discovery of third parties also be tolled during that two weeks. Saudi Arabia does not object to Plaintiffs' request.

Dated:  June 18, 2026                    Respectfully submitted,

/s/ Stephen I. Vladeck                    /s/ Benjamin H. Brodsky
Stephen I. Vladeck (*pro hac vice*)      Benjamin H. Brodsky
600 New Jersey Avenue, N.W.               Florida Bar No. 73748
Washington, D.C. 20001                    Brodsky Fotiu-Wojtowicz, PLLC
Tel: (202) 662-9313                       200 SE 1st Street, Suite 400
svladeck@gmail.com                        Miami, Florida 33131
                                          Tel: (305) 503-5054
*Counsel for Plaintiffs*                  bbrodsky@bfwlegal.com
                                          docketing@bfwlegal.com

                                          Michael K. Kellogg (*pro hac vice*)
                                          Gregory G. Rapawy (*pro hac vice*)
                                          Andrew C. Shen (*pro hac vice*)
                                          Kellogg, Hansen, Todd,
                                             Figel & Frederick, P.L.L.C.
                                          1615 M Street, N.W., Suite 400
                                          Washington, D.C. 20036
                                          Tel: (202) 326-7900
                                          Fax: (202) 326-7999
                                          mkellogg@kellogghansen.com
                                          grapawy@kellogghansen.com
                                          ashen@kellogghansen.com

                                          *Counsel for the Kingdom of Saudi Arabia*

## LOCAL RULE 5.1(F) CERTIFICATION

I, Benjamin H. Brodsky, hereby certify that on June 18, 2026, I caused a true and correct copy of the foregoing Joint Status Report to be served via the CM/ECF system to all parties or counsel of record that have entered appearances in this action.

Respectfully submitted,

/s/ Benjamin H . Brodsky
Benjamin H. Brodsky
