**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BENJAMIN WATSON, JR., et al.,**

    **Plaintiffs,**

**v.**                                                                      **Case No. 3:21cv329/MCR-ZCB**

**KINGDOM OF SAUDI ARABIA,**

    **Defendants.**

_____/

**ORDER**

A status conference will be held in the above listed case on **August 10, 2026, at 2:30 p.m. CT**.  Counsel of record for all parties must attend the conference either in person or via Zoom video conference.  Those who wish to attend by Zoom must email Barbara Rogers at barbara_rogers@flnd.uscourts.gov by August 6, 2026, to obtain login information for the proceeding.  The previously entered **STAY** in this case is extended to **August 10, 2026**.

**DONE AND ORDERED** on this 17th day of July 2026.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**