| | |
|---|---|
| **From:** | Spaccarotella, John (USAFLN) |
| **To:** | "Matthew Mokwa" |
| **Cc:** | David Harris; Jim Kreindler; Andrew J. Maloney; Chris Paulos; jmcfadden@jmcfaddenlaw.com; Miranda Cook |
| **Subject:** | RE: Activity in Case 3:21-cv-00329-MCR-ZCB WATSON et al v. KINGDOM OF SAUDI ARABIA Order |
| **Date:** | Tuesday, June 9, 2026 2:48:08 PM |

Hi all,

Here's a progress update from the agencies. I'll be out this week Wed-Fri, but will touch base with them again when I return next week.

**Navy**: the Navy lawyers are still working with the individuals most likely to have documents responsive to the requests. They anticipate hearing from those individuals by the end of this week.

**The FBI**: The FBI anticipates another week or so to complete the identification of responsive documents. Any docs identified will have to be reviewed by counsel and management within the FBI.

**State**: The DoS lawyer is preparing the response; its sounds like DoS has completed their review/response of Requests 1 and 3 and are now looking into information regarding Request No. 2.

The agencies have not shared with me what their "response" will look like and if it will include the production of documents – that's part of the internal review process that they're going through now once they've identified any responsive documents.

Thanks,
John

**John C. Spaccarotella**
**Chief, Civil Division**
United States Attorney's Office
Northern District of Florida
21 E. Garden Street, Suite 300
Pensacola, FL 32502
john.spaccarotella@usdoj.gov
*PNS Office*:  (850) 444-4046
*TLH Office*:  (850) 216-3862
*Mobile*: (850) 728-2139

| From: | Spaccarotella, John (USAFLN) |
|---|---|
| To: | "Matthew Mokwa" |
| Cc: | "David Harris"; "Jim Kreindler"; "Andrew J. Maloney"; "Chris Paulos"; "jmcfadden@jmcfaddenlaw.com"; "Miranda Cook" |
| Subject: | RE: Activity in Case 3:21-cv-00329-MCR-ZCB WATSON et al v. KINGDOM OF SAUDI ARABIA Order |
| Date: | Thursday, June 18, 2026 3:09:04 PM |

I just talked to the FBI. They are still collecting relevant documents, with several documents going through paragraph-by-paragraph classification review. They are also discussing with OGC [Office of General Counsel] and other field offices as needed.  As we discussed on a previous call, it's probably a good time to start considering a protective order.

Thanks,

John

**From:** Spaccarotella, John (USAFLN)
**Sent:** Thursday, June 18, 2026 2:48 PM
**To:** Matthew Mokwa <mmokwa@maherlawfirm.com>
**Cc:** David Harris <dharris@shhlaw.com>; Jim Kreindler <jkreindler@kreindler.com>; Andrew J. Maloney <amaloney@kreindler.com>; Chris Paulos <cpaulos@pauloslaw.com>; jmcfadden@jmcfaddenlaw.com; Miranda Cook <mcook@shhlaw.com>
**Subject:** RE: Activity in Case 3:21-cv-00329-MCR-ZCB WATSON et al v. KINGDOM OF SAUDI ARABIA Order

Here's another update (since tomorrow is a Federal Holiday). Navy has collected documents from several of its components and is now going through legal review for responsiveness. Their Touhy regulations require them to next consult with the Department of War once they finish legal review. My contact at Department of State is out of the office this week, so I have no updates from her. I could not get a hold of my contact at the FBI.

Thanks,

John

**John C. Spaccarotella**
**Chief, Civil Division**
United States Attorney's Office
Northern District of Florida
21 E. Garden Street, Suite 300
Pensacola, FL 32502
john.spaccarotella@usdoj.gov
*PNS Office*:  (850) 444-4046
*TLH Office*:  (850) 216-3862
*Mobile*: (850) 728-2139

| **From:** | Spaccarotella, John (USAFLN) |
|---|---|
| **To:** | "Matthew Mokwa" |
| **Cc:** | David Harris; Jim Kreindler; Andrew J. Maloney; Chris Paulos; jmcfadden@jmcfaddenlaw.com; Miranda Cook |
| **Subject:** | RE: Activity in Case 3:21-cv-00329-MCR-ZCB WATSON et al v. KINGDOM OF SAUDI ARABIA Order |
| **Date:** | Wednesday, July 8, 2026 12:48:28 PM |

Hi Matt,

Some of the agencies should be sending you documents soon – maybe even this week. It would be nice to get a privacy act protective order in place so that info can be disclosed. I briefly looked at the proposed PO and I like the privacy act section, but Sections 3.2 and 16 could be problematic in requiring a privilege log. I'll discuss with the agencies and see what they say.

Thanks,
John