

**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD DC 20374-5066

5720
Ser 14/T211
22 Jul 26

Law Offices of Jeffrey E. McFadden, LLC
312 Prospect Bay Drive East
Grasonville, MD 21638
jmcfadden@mcfaddenlaw.com

SUBJECT:  REQUEST FOR RELEASE OF OFFICIAL INFORMATION ICO
WATSON, ET. AL. V. KINGDOM OF SAUDI ARABIA

This letter acknowledges receipt of your request for official Navy information for litigation purposes in the case of *Watson, et.al. v. Kingdom of Saudi Arabia*, Case No. 3:21-cv-329-MCR-EMT dated March 24, 2026.

You requested that the following Navy organizations be searched for responsive records:

- Naval Education and Training Security Assistance Field Activity (NETSAFA)
- Navy International Programs Office (NIPO)
- Naval Air Station Pensacola
- Naval Aviation Schools Command
- Naval Air Training Command/NATRACOM

Searches of the following Navy organizations were conducted:

- Chief of Naval Aviation Training (CNATRA) (including NATRACOM and Training Air Wing Six)
- Naval Education and Training Command (NETC) (including Naval Aviation Schools Command and NETSAFA)
- Navy International Programs Office (NIPO)
- Naval Air Station Pensacola

Records responsive to your request were produced to you today, July 22, 2026, by CNATRA and NETC, which included any responsive documents from their subordinate commands as noted above. Naval Air Station Pensacola did not have records responsive to your request. Navy International Programs Office found one responsive document; however, the document is owned by the United States Air Force and will be provided to you by that agency directly.

Navy was notified that you have already received some production from the Defense Security Cooperation Agency (DSCA). Major Olesea Roan, USA, notified you via email on July 16, 2026, that a document found in Navy files was owned by their agency, and that it will be produced to you upon receipt of payment for the release.

5720
Ser 14/ T211
22 Jul 26

Additionally, the investigation that was conducted into the shooting at Naval Air Station Pensacola is already available for your review in the Secretary of the Navy's Freedom of Information Act Reading Room, at

https://www.secnav.navy.mil/foia/readingroom/HotTopics/Pensacola%20Investigation/Command%20Investigation%20-%20NAS%20Pensacola%20Shooting%20Report%20and%20Endorsements%20(Redacted%20for%20Release).pdf

Please let me know if you have any additional questions or concerns.  You may contact me at (202) 685-8375 or jocelyn.e.loftus-williams.mil@us.navy.mil.

Sincerely,

J. E. LOFTUS-WILLIAMS
Commander, Judge Advocate General's Corps,
U.S. Navy
Director, General Litigation Division

Copy to:
CNATRA
NETC
NIPO
NAS Pensacola
Plaintiff Counsels Via Email
    PAULOS LAW, P.A.
    THE MAHER LAW FIRM, P.A.
    KREINDLER & KREINDLER LLP
    SICO HOELSCHER HARRIS, LLP
    Mr. Vladeck

2