UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, et al.

v.                                    Case No.: 3:21-cv-329-MCR-ZCB

KINGDOM OF SAUDI ARABIA

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  July 31, 2026
Type of Motion/Pleading: Motion to Compel
Filed by:  Plaintiffs          on 7/17/26      Doc.        122

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 31st day of July 2026:

Plaintiffs have moved to compel responses to their discovery requests served on the FBI, Department of State, and Department of the Navy. (Doc. 122). The Government has responded to the motion. (Doc. 124). After reviewing the papers, the Court believes it would benefit from a reply by Plaintiffs. Accordingly, Plaintiffs shall file a reply brief within **seven days** of the date of this order. The reply brief shall not exceed 3,200 words.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1