**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

BENJAMIN WATSON, JR., *et al.*,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　　)　　Civil Action No.
　　v.　　　　　　　　　　　　　)　　3:21-cv-00329-MCR-ZCB
　　　　　　　　　　　　　　　　)
KINGDOM OF SAUDI ARABIA,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　)
_____)

**NOTICE OF CHANGE OF COUNSEL INFORMATION AND**
**WITHDRAWAL OF COUNSEL**

Plaintiffs, by and through undersigned counsel, respectfully provide

notice to the Court and the Clerk of the following:

1.　　The firm information associated with attorney Christopher G.

Paulos on the docket is outdated. Plaintiffs respectfully request that the Clerk

update the docket to reflect this current information for Mr. Paulos as follows:

> Firm: Paulos Law, P.A.
> Address: 1507 E Gadsden St., Pensacola, Florida, 32501
> Telephone: (850) 308-3650
> Email: cpaulos@pauloslaw.com
> Florida Bar Number: 91579

2.　　Attorney William Franklin Cash III previously filed a notice of

appearance and is currently listed as counsel of record for Plaintiffs. However,

Mr. Cash and the Levin Papantonio Firm have withdrawn from this case in a manner consistent with Local Rule 11.1(H)(1)(b). All plaintiffs represented by Levin Papantonio consented to its withdrawal in writing. Mr. Cash's withdrawal as counsel will not leave the Plaintiffs without capable representation. Thus, we respectfully request that the Clerk terminate Mr. Cash as counsel of record for Plaintiffs.

3.      This notice is being filed at the direction of the Court to update the docket and ensure that counsel information for Plaintiffs is current and accurate.

4.      The requested administrative updates will prejudice no party, and all future notices and filings for Plaintiffs should be directed to counsel of record as reflected on the updated docket.

Dated: August 6, 2026.                    Respectfully submitted,


Counsel of Record:                         Withdrawing Counsel:

*s/ Christopher G, Paulos*                  *s/ William Franklin Cash III*
Christopher G. Paulos                       William Franklin Cash III
**PAULOS LAW, P.A.**                        **LEVIN, PAPANTONIO, PROCTOR,**
1507 E Gadsden St.                          **BUCHANAN, O'BRIEN, BARR &**
Pensacola, Florida, 32501                   **MOUGEY, P.A.**
Phone: (850) 308-3650                       316 S. Baylen St., Suite 600
Email: cpaulos@pauloslaw.com                Pensacola, Florida, 32502
Florida Bar No. 91579                       Phone: (850) 435-7059
                                            Email: bcash@levinlaw.com
                                            Florida Bar No. 68443

## LOCAL RULE 5.1(F) CERTIFICATION

I hereby certify that on DATE, and in compliance with L.R. 5.1(F), I, Christopher G. Paulos, electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which sends notice to all parties or counsel of record who have entered appearances in this action.

*s/ Christopher G, Paulos*
Christopher G. Paulos
**PAULOS LAW, P.A.**
1507 E Gadsden St.
Pensacola, Florida, 32501
Phone: (850) 308-3650
Email: cpaulos@pauloslaw.com
Florida Bar No. 91579