UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.,

    Plaintiffs,

v.                                                              CASE NO. 3:21-cv-329-MCR-ZCB

KINGDOM OF SAUDI ARABIA,

    Defendant.

## ORDER

A hearing is currently scheduled in this case for August 10, 2026, at 2:30 p.m. CT.  Due to a conflict that has arisen on the Court's calendar, the hearing must be rescheduled to **August 24, 2026, at 1:00 p.m. CT**.[1]

**DONE AND ORDERED** this 10th day of August 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Counsel of record for all parties must attend the conference either in person or via Zoom video conference.  Those who wish to attend by Zoom must email Barbara Rogers at barbara_rogers@flnd.uscourts.gov by August 19, 2026, to obtain login information for the proceeding.