# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**BENJAMIN WATSON, JR., et al.,**

     **Plaintiffs,**

**v.**                                   **CASE NO. 3:21cv329-MCR-ZCB**

**KINGDOM OF SAUDI ARABIA,**

     **Defendant.**

_____/

## ORDER

Although the status hearing set for August 10th had to be postponed,[1] the Parties are advised that the stay of jurisdictional discovery remains in effect and is extended through August 24, 2026.  The Parties are also advised that this stay applies to *all third-party discovery and motion practice*, including *Touhy* requests—as was intended by the previous six orders granting the Parties' requests for a stay, in which the Plaintiffs explicitly requested to stay all third-party discovery.  The undersigned was surprised to say the least when it became apparent that the third-party discovery and related litigation in fact had continued despite the Court's orders.  The undersigned only became aware of this when the Magistrate Judge entered an order quashing a *Touhy* request (ECF No. 120), and Plaintiffs objected (ECF No. 123).

---

[1] The undersigned was ill and apologizes for any inconvenience to the Parties caused by the sudden postponement.

Page 2 of 2

Since then, yet another motion to compel has been filed, despite the stay. This activity must cease. However, the Government will be permitted to file its reply to Plaintiffs' objection (or "appeal" of the Magistrate Judge's order, ECF No. 123), which is due on August 12, 2026. Aside from that one remaining filing, the Parties are instructed that there is to be no further jurisdictional discovery, third-party discovery, or motion practice in this case and there will be no further rulings on these matters, unless the stay expires or until the stay is lifted.

**DONE AND ORDERED** this 10th day of August 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 3:21cv329-MCR-ZCB