UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.,
Plaintiffs,

v. Case No.: 3:21cv329/MCR/ZCB

KINGDOM OF SAUDI ARABIA,
Defendant.
_______________________________/

**ORDER**

Currently before the Court are Plaintiffs' motion to compel (Doc. 122), the Government's response (Doc. 124), and Plaintiffs' reply (Doc. 127). On September 3, 2026, the Court held a status conference regarding the motion to compel. (Doc. 138). For the reasons discussed on the record during the status conference, Plaintiffs and the Government are **ORDERED** to file a joint status report advising the Court whether responses have been provided to Plaintiffs from the Department of State and the FBI, thereby rendering Plaintiffs' motion to compel (Doc. 122) moot. The joint status report must be filed **on or before Thursday, September 10, 2026**.

**SO ORDERED** this 3rd day of September 2026.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge