UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WATSON, JR., et al.

v. Case No. 3:21-cv-329-MCR-ZCB

KINGDOM OF SAUDI ARABIA,

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on: September 11, 2026
Type of motion/pleading: Joint Status Report
Filed by: Parties on 9/11/26 Doc. 143

JESSICA LYUBLANOVITS,
CLERK OF COURT
*/s/ Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

**ORDER**

Upon consideration, it is **ORDERED** this 11th day of September 2026, that:

The parties have filed a joint status report as instructed and stated that the FBI and State Department are still preparing their responses. (Doc. 143). The Government's counsel intends to confer with the FBI and State Department on September 14, 2026, regarding the responses. (*Id.*). Accordingly, Plaintiffs and the Government shall file a second joint status report on the status of Plaintiffs' motion to compel (Doc. 122) **on or before Monday, September 21, 2026**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge